## NATURE AND OBJECT OF ACTION

The object of the above action is to foreclose a Mortgage held by the Plaintiff and recorded in the County of Montgomery, State of New York as more particularly described in the Complaint herein

TO THE DEFENDANT(S), except Jason R. Dillenback, the plaintiff makes no personal claim against you in this action.

TO THE DEFENDANT(S), except Jason R. Dillenback;

IF, AND ONLY IF, you have received or will receive a Bankruptcy Discharge Order which includes this debt, the plaintiff is solely attempting to enforce its mortgage lien rights in the subject real property and makes no personal claim against you.  In that event, nothing contained in these or any papers served or filed or to be served or filed in this action will be an attempt to collect from you or to find you personally liable for the discharged debt.

YOU ARE HEREBY PUT ON NOTICE THAT WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNITED STATES DISTRICT COURT       CASE NO.    1:18-CV-1291 [LEK/DEP]
NORTHERN DISTRICT OF NEW YORK

United States of America Acting Through the
Rural Housing Service or successor Agency,
United States Department of Agriculture
Plaintiff,

       -against-                          **COMPLAINT**

**ACTION TO FORECLOSE
A MORTGAGE**

Jason R. Dillenback,
Community Bank, N.A.
"JOHN DOE #1-5" and "JANE DOE #1-5", said names
being fictitious, it being the intention of plaintiff to
designate any and all occupants, tenants, persons or
corporations, if any, having or claiming an interest in
or lien upon the premises being foreclosed herein,

Defendants

The plaintiff herein, by its attorney MANFREDI LAW GROUP, PLLC, complains of the

defendants above named, for its cause of action, and alleges:

1. This court has jurisdiction under the provisions of Title 28, United States Code, Section
   1345.

2. The plaintiff, UNITED STATES DEPARTMENT OF JUSTICE, NORTHERN DISTRICT
   OF NEW YORK, having an address of 441 SOUTH SALINA STREET, ROOM 356,
   SYRACUSE NY 13202-2455 is authorized to issue loans to borrowers by and through the
   Department of Agriculture.

**THE NOTE AND MORTGAGE**

3. That on or about December 20th, 2007 the defendant, Jason R. Dillenback, for monies loaned
   and for the purpose of securing to lender/plaintiff or its predecessor, its successor and
   assigns, a sum of money, duly executed and acknowledged a Promissory Note in the amount

of $142,900.00 at an interest at the rate of 6.0% and agreed to repay said sums in monthly principal and interest payments each and every month.

4.  A copy of the Promissory Note is attached as Exhibit A.

5.  That as security for the payment of said indebtedness, a Mortgage was executed acknowledged and delivered to the stated lender/mortgagee/plaintiff its successor and assigns under certain conditions with rights, duties and privileges between the parties as described therein.

6.  A copy of the Mortgage is attached as Exhibit B.

7.  The Mortgage was recorded on 6/21/2010, Instrument No.: 2010-3248, in the Montgomery County Clerk's Office.

8.  The "mortgaged premises" is 170 Beardslee Road, Saint Johnsville, NY 13452 described herein annexed as "Schedule A".

9.  Attached as Exhibit C are Rural Housing Service Payment Subsidy Agreements. Pursuant to the Mortgage and said Subsidy Agreements, the Plaintiff is entitled to recapture said subsidy amounts.

10. Upon information and belief, the borrower defendant does not reside on the mortgaged premises.

11. The plaintiff is the owner and holder of the subject mortgage and note, or has been delegated the authority to institute a mortgage foreclosure action by the owner and holder of the subject mortgage and note.

12. That Jason R. Dillenback failed to comply with the conditions of the Promissory Note by failing to make payment due and on 5/15/2015 this loan was accelerated at which time the

Defendant was 350 days behind scheduled payment.  Exhibit D; ¶ "DEFAULT" Exhibit A, ¶ 22  Exhibit B.

13. Previously the borrower entered in a Delinquency Workout Agreement on 1/10/2014, but it was cancelled for non-payment on 11/20/2014.   The account was accelerated on 12/29/2012 but was reinstated as the borrower paid current.  The account was accelerated on 8/24/2013 but was reinstated and placed on Delinquency Workout Agreement for the delinquent amount.

14. The plaintiff elected to accelerate the mortgage debt on 5/15/2015, duly notified defendant of the default, and provided the information necessary to cure, sent in accordance with the terms of the mortgage, to the address on file for the defendant at the time the notice was sent but defendant failed to timely cure resulting in the necessity of the commencement of the present foreclosure action.   Exhibit D.

15. That plaintiff has complied with all applicable provisions of the RPAPL, Section 1304 and Banking Law, and specifically with Banking Law §§ 595-a and 6-l and 6-m if applicable, in securing the aforementioned indebtedness and at all times thereafter.   In accordance with RPAPL Section 1304, a 90 day notice was not required.  The property which is the subject of this foreclosure action does not meet the definition of a "home loan" pursuant to RPAPL Section 1304, because the property is not the Defendant(s) principal residence.

16. The plaintiff is exempt from complying with the 90 day notice provisions of RPAPL §§ 1304 and 1306 because the mortgaged premises is not the borrower's residence.

17.  Notwithstanding, the Notices of Intention to Foreclose is set forth as Exhibit E was sent by certified mail.

18. There is currently due the following sums:

| | |
|---|---|
| Principal (Note) | $128,471.00 |
| Interest (Note) at <u>6</u>% per annum<br>From May 20, 2014 through October 30, 2018 | $  34,296.44 |
| Principal (Advances – Taxes/Ins/Maint) | $  12,508.19 |
| Interest (Advances – Taxes/Ins/Maint) | $    1,358.44 |
| Escrow/Impound (Advances paid, but not<br> yet posted to account's Advance Principal) | $       772.60 |
| Late Charges Due | $       121.60 |
| Interest Credit (Subsidy) Granted <u>$26,056.48</u><br>     (Subsidy Calculated for Recapture) | $         0.00 |
| TOTAL DUE THROUGH October 30, 2018 | $177,528.27 |

19. That in order to protect its security, the plaintiff may be compelled to pay during the pendency of this action, local taxes, assessments, water rates, insurance premiums and other charges assessed to the Mortgaged Premises, and hereby requests that any sums paid by it for said purposes, with interest thereon, be added to the sum otherwise due, be deemed secured by the mortgage and be adjudged a valid lien on the Mortgaged Premises.

20. Jason R. Dillenback is included in this lawsuit as record owner of the Mortgaged Premises and borrower under the Promissory Note and Mortgage.  <u>Exhibits A & B.</u>

21. Community Bank, N.A. is included in this lawsuit as possible subordinate lienor by virtue of Judgment in the amount of $3,318.19 against Jason Dillenbeck, 107 Timmerman Road, Little Falls, NY 13365, recorded on 04/12/2016 in Instrument No. 2016-40664.

22. The true names of the defendants "JOHN DOE #1-5" and "JANE DOE #1-5" are unknown to the United States, those names being fictitious, but intending to designate tenants,

occupants or other persons, if any, having or claiming any estate or interest in possession upon the premises or any portion thereof.

23. The plaintiff shall not be deemed to have waived, altered, released or changed its election herein by reason of any payment after the commencement of this action of any or all of the defaults mentioned herein and such election shall continue to be effective.

24. No other action or proceeding has been brought at law or otherwise for the recovery of said sums secured by the Promissory Note and Mortgage or any part thereof.

25. That the Certificate of Merit pursuant to CPLR 3012-b is annexed hereto and made a part hereof.

26. The plaintiff is not seeking a deficiency judgment in this lawsuit.

27. The plaintiff is not seeking attorneys' fees in this lawsuit.

28. The plaintiff seeks a judgment of foreclosure and sale only.

**WHEREFORE,** Plaintiff demands judgment:

(a) That the defendants, or either or any of them, subsequent to the filing of the Notice of Pendency of this action, and every person whose conveyance or encumbrance is subsequent or subsequently recorded, be forever barred and foreclosed of all right, claim, lien, interest or equity of redemption in the mortgaged premises;

(b) of foreclosure and sale the mortgaged premises 170 Beardslee Road, Saint Johnsville, NY 13452 as shown in annexed Schedule A may be decreed to be sold according to law

(c) That the priority of liens against the real property be determined by the Court, and the proceeds of the sale of said property, after proper court costs, be distributed among the owners and holders of liens against said property in the order of priority thereof as determined by the Court; and

(d) That the total amount due to the Plaintiff on the NOTE and MORTGAGE as described herein be adjudged;

(e) That the Plaintiff may be paid the amount adjudged to be due to the Plaintiff with interest thereon to the time of such payment, together with the costs and expenses of this action and the expenses of the sale, so far as the amount of such money properly applicable thereto will pay the same; and

(f) That the Plaintiff may have such other and further relief which as to this Court may seem just, reasonable and proper.

Dated:  November 5, 2018

/s/ John Manfredi
John Manfredi, Esq.
Manfredi Law Group, PLLC,
Attorney for Plaintiff,
302 East 19th Street, Suite 2A
New York, New York 10003
Telephone No. (347) 614-7006

UNITED STATES DISTRICT COURT                    CASE NO.
NORTHERN DISTRICT OF NEW YORK
United States of America Acting Through the
Rural Housing Service or successor Agency
United States Department of Agriculture
                              Plaintiff,

              -against-                          **Mortgaged Premises:**
                                                170 Beardslee Road, Saint Johnsville, NY 13452


Jason R. Dillenback,
Community Bank, N.A.
"JOHN DOE #1-5" and "JANE DOE #1-5", said names
being fictitious, it being the intention of plaintiff to
designate any and all occupants, tenants, persons or
corporations, if any, having or claiming an interest in
or lien upon the premises being foreclosed herein,


                      Defendants

_____

### CERTIFICATE OF MERIT PURSUANT TO CPLR 3012-B

John Manfredi, Esq., pursuant to CPLR § 2106 and under the penalties of perjury, affirms as
follows:

1. I am the attorney of record for plaintiff in the above-captioned mortgage foreclosure
   action. As such, I am fully aware of the underlying action, as well as the proceedings had
   herein.

1. I have reviewed the facts of this case and communicated with Jennifer Jackson, a
   representative of plaintiff concerning the subject of this action.

2. Based upon my communication with the plaintiff and my review of the pertinent
   documents, including the mortgage, security agreement and note or bond underlying the
   mortgage executed by the defendants and all instruments of assignment, if any, and any

other instrument of indebtedness including any modification, extension, and/or consolidation, and to the best of my knowledge, information and belief, there is a reasonable basis for the commencement of this action and that Plaintiff is currently the creditor entitled to enforce rights under such documents.

3.  I further certify that to the best of my knowledge, information and belief, formed after reasonable inquiry regarding the present action, the presentation of the pleadings or the contentions contained herein is true and correct.

Dated:  November 5, 2018

/s/ John Manfredi
John Manfredi, Esq.
Manfredi Law Group, PLLC,
Attorney for Plaintiff,
302 East 19th Street, Suite 2A
New York, New York 10003
Telephone No. (347) 614-7006

UNITED STATES DISTRICT COURT          CASE NO.
NORTHERN DISTRICT OF NEW YORK
United States of America Acting Through the
Rural Housing Service or successor Agency
United States Department of Agriculture
                                 Plaintiff,

       -against-


Jason R. Dillenback,
Community Bank, N.A.
"JOHN DOE #1-5" and "JANE DOE #1-5", said names
being fictitious, it being the intention of plaintiff to
designate any and all occupants, tenants, persons or
corporations, if any, having or claiming an interest in
or lien upon the premises being foreclosed herein,

                          Defendants

---

## AFFIDAVIT VERIFICATION FROM
## THE SECRETARY OF THE U.S. DEPARTMENT OF AGRICULTURE


STATE OF NEW YORK        )
                          ) SS
COUNTY OF ONONDAGA    )


        Before me, the undersigned authority, personally appeared Affiant, who was sworn and says that:

        1.      Affiant is employed by the United States of America and holds the position of Single Family Housing Program Director, with the USDA Rural Housing Service (formerly Farmers Home Administration), Syracuse office and is authorized to make this Affidavit.

        2.      Affiant has read the foregoing Complaint.

        3.      Affiant has personal knowledge of the matters set forth herein based on my review of the Note, Mortgage and other loan documents related to this action and of business

records of the  United States Department of Agriculture related thereto.  On information and

belief, such records were made at or near the time of the event described therein by, or from

information transmitted by, a person with knowledge of the event described therein.  Such

business records are kept in the ordinary course of the regularly conducted business activity of

such persons of the US DEPARTMENT OF AGRICULTURE and it is the regular practice of the

US DEPARTMENT OF AGRICULTURE to make and keep such business records.

     DATED ON November 5, 2018

Jennifer Jackson, Affiant

Sworn before me on this

5th day of November, 2018

NOTARY PUBLIC

NANCY M. MALAGISI
Notary Public, State of New York
No. 01MA6055163
Qualified in Onondaga County
My Commission Expires April 9, 2019

**WebTitle File No.:  WTA-18-019590**                    **Client File No.:**

# SCHEDULE A
## DESCRIPTION OF MORTGAGED PREMISES

ALL THAT PIECE OR PARCEL OF LAND in the Town of St. Johnsville, Montgomery County, New York, more particularly bounded and described as follows:

BEGINNING at a point marked by an iron pin in the northeasterly line of the Beardslee Road distant twenty-five feet westerly from the southwest corner of lands now or formerly of Joseph Sugar, and running thence northwesterly along the said road line for a distance of 248 feet to a point marked by a stake; thence N. 2° 20' E. along lands of the Niagara Mohawk Power Corp. for a distance of 327.5 feet to a point marked by a stake; thence S. 59° 10' E. across and along lands now or formerly of Lester Mosher for a distance of 442 feet to a point marked by a stake; thence S. 40° 43' W. across and along lands now or formerly of Lester Mosher for a distance of 412 feet to the place of beginning.

BEING THE SAME PREMISES WITH A MORE MODERN DESCRIPTION AS FOLLOWS:

ALL THAT PIECE OR PARCEL OF LAND in the Town of St. Johnsville, Montgomery County, New York, more particularly bounded and described as follows:

BEGINNING at a set re-rod in the northeasterly margin of Beardslee Road located N 39° 40' W a distance of 25.42 feet from a found iron pipe marking the most westerly corner of lands conveyed to Cynthia D. Button by deed recorded in Book 535 at page 243 and running thence along the northeasterly margin of Beardslee Road the following three courses; N 39° 40' W a distance of 42.60 feet to a point; on a curve to the right having a radius of 645.00 feet for an arc length of 231.90 feet to a point located N 29° 22' W a distance of 230.65 feet from the last mentioned point and N 19°04' W a distance of 77.78 feet to a set re-rod in the easterly line of lands of Niagara Mohawk Power Corporation, thence along said easterly line N 02°20' E a distance of 259.31 feet to a set re-rod in the southwesterly line of lands of Whalley, thence along lands of Whalley the following two courses; S 59° 10' E a distance of 488.58 feet to a set re-rod and S 39° 55' W a distance of 412.00 feet to the point or place of beginning.

BEING the same premises conveyed to the mortgager herein from Gerald Countryman and Jean Countryman, husband and wife by Warranty Deed dated December 14, 2007 and recorded in the Montgomery County Clerk's Office on December 21, 2007.

Premises:              170 Beardslee Road, Saint Johnsville, NY 13452
Tax Parcel ID No.:     Section: 1. Block: 1 Lot: 12

Exhibit A

Form RD 1940-16
(Rev 7-05)

Form Approved
OMB No 0575-0172

## UNITED STATES DEPARTMENT OF AGRICULTURE
## RURAL HOUSING SERVICE

### PROMISSORY NOTE

Type of Loan   SECTION 502

**SATISFIED**

Loan No.   85769831

This _____ day of _____ ,20 ___
United States of America
By:
Title:
USDA, Rural Housing Services

Date:   12/20   20 07

170 Beardslee Road

Saint Johnsville                          (Property Address)   Fulton                    , NY
  (City or Town)                                                (County)              (State)

BORROWER'S PROMISE TO PAY. In return for a loan that I have received, I promise to pay to the order of the United States of America, acting through the Rural Housing Service (and its successors) ("Government") $ 142,900.00 (this amount is called "principal"), plus interest.

INTEREST. Interest will be charged on the unpaid principal until the full amount of the principal has been paid. I will pay interest at a yearly rate of _____ 6 _____ %. The interest rate required by this section is the rate I will pay both before and after any default described below.

PAYMENTS. I agree to pay principal and interest using one of two alternatives indicated below:

I. Principal and interest payments shall be temporarily deferred. The interest accrued to _____ shall be added to the principal. The new principal and later accrued interest shall be payable in   396   regular amortized installments on the date indicated in the box below. I authorize the Government to enter the amount of such new principal here: $ _____ , and the amount of such regular installments in the box below when such amounts have been determined. I agree to pay principal and interest in installments as indicated in the box below.

II. Payments shall not be deferred. I agree to pay principal and interest in   396   installments as indicated in the box below.

I will pay principal and interest by making a payment every month.
I will make my monthly payment on the   20th   day of each month beginning on   January 20     2008   and continuing for   395   months. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this note. My monthly payments will be applied to interest before principal. If on   December 20     2040   , I still owe amounts under this note, I will pay those amounts in full on that date, which is called the "maturity date."
My monthly payment will be $ 829.61   I will make my monthly payment at the post office address noted on my billing statement   or a different place if required by the Government.

PRINCIPAL ADVANCES. If the entire principal amount of the loan is not advanced at the time of loan closing, the unadvanced balance of the loan will be advanced at my request provided the Government agrees to the advance. The Government must make the advance provided the advance is requested for an authorized purpose. Interest shall accrue on the amount of each advance beginning on the date of the advance as shown in the Record of Advances below. I authorize the Government to enter the amount and date of the advance as shown in the Record of Advances below. I authorize the Government to enter the amount and date of such advance on the Record of Advances

HOUSING ACT OF 1949. This promissory note is made pursuant to title V of the Housing Act of 1949. It is for the type of loan indicated in the "Type of Loan" block at the top of this note. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

LATE CHARGES. If the Government has not received the full amount of any monthly payment by the end of    15   days after the date it is due, I will pay a late charge. The amount of the charge will be             2          percent of my overdue payment of principal and interest. I will pay this charge promptly, but only once for each late payment.

BORROWER'S RIGHT TO PREPAY. I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment." When I make a prepayment, I will tell the Government in writing that I am making a prepayment.

I may make a full prepayment or partial prepayment without paying any prepayment charge. The Government will use all of my prepayments to reduce the amount of principal that I owe under this Note. If I make a partial prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Government agrees in writing to those changes. Prepayments will be applied to my loan in accordance with the Government's regulations and accounting procedures in effect on the date of receipt of the payment.

ASSIGNMENT OF NOTE. I understand and agree that the Government may at any time assign this note without my consent. If the Government assigns the note I will make my payments to the assignee of the note and in such case the term "Government" will mean the assignee.

CREDIT ELSEWHERE CERTIFICATION. I certify to the Government that I am unable to obtain sufficient credit from other sources at reasonable rates and terms for the purposes for which the Government is giving me this loan.

USE CERTIFICATION. I certify to the Government that the funds I am borrowing from the Government will only be used for purposes authorized by the Government.

LEASE OR SALE OF PROPERTY. If the property constructed, improved, purchased, or refinanced with this loan is (1) leased or rented with an option to purchase, (2) leased or rented without option to purchase for 3 years or longer, or (3) is sold or title is otherwise conveyed, voluntarily or involuntarily, the Government may at its option declare the entire remaining unpaid balance of the loan immediately due and payable. If this happens, I will have to immediately pay off the entire loan.

REQUIREMENT TO REFINANCE WITH PRIVATE CREDIT. I agree to periodically provide the Government with information the Government requests about my financial situation. If the Government determines that I can get a loan from a responsible cooperative or private credit source, such as a bank or a credit union, at reasonable rates and terms for similar purposes as this loan, at the Government's request, I will apply for and accept a loan in a sufficient amount to pay this note in full. This requirement does not apply to any cosigner who signed this note pursuant to section 502 of the Housing Act of 1949 to compensate for my lack of repayment ability.

SUBSIDY REPAYMENT AGREEMENT. I agree to the repayment (recapture) of subsidy granted in the form of payment assistance under the Government's regulations.

CREDIT SALE TO NONPROGRAM BORROWER. The provisions of the paragraphs entitled "Credit Elsewhere Certification" and "Requirement to Refinance with Private Credit" do not apply if this loan is classified as a nonprogram loan pursuant to section 502 of the Housing Act of 1949.

DEFAULT. If I do not pay the full amount of each monthly payment on the date it is due, I will be in default. If I am in default the Government may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Government may require me to immediately pay the full amount of the unpaid principal, all the interest that I owe, and any late charges. Interest will continue to accrue on past due principal and interest. Even if, at a time when I am in default, the Government does not require me to pay immediately as described in the preceding sentence, the Government will still have the right to do so if I am in default at a later date. If the Government has required me to immediately pay in full as described above, the Government will have the right to be paid back by me for all of its costs and expenses in enforcing this promissory note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorney's fees.



Account # 85769321

NOTICES. Unless applicable law requires a different method, any notice that must be given to me under this note will be given by delivering it or by mailing it by first class mail to me at the property address listed above or at a different address if I give the Government a notice of my different address. Any notice that must be given to the Government will be given by mailing it by first class mail to the Government at USDA Rural Housing Service, c/o Customer Service Branch Post Office Box 66889, St. Louis, MO 63166 _____, or at a different address if I am given a notice of that different address.

OBLIGATIONS OF PERSONS UNDER THIS NOTE. If more than one person signs this note, each person is fully and personally obligated to keep all of the promises made in this note, including the promise to pay the full amount owed. Any person who is a guarantor, surety, or endorser of this note is also obligated to do these things. The Government may enforce its rights under this note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this note. The term "Borrower" shall refer to each person signing this note.

WAIVERS. I and any other person who has obligations under this note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require the Government to demand payment of amounts due. "Notice of dishonor" means the right to require the Government to give notice to other persons that amounts due have not been paid

**WARNING:** Failure to fully disclose accurate and truthful financial information in connection with my loan application may result in the termination of program assistance currently being received, and the denial of future federal assistance under the Department of Agriculture's Debarment regulations, 7 C.F.R. part 3017.

_Jason R. Dillenbeck_ Seal

Borrower Jason R. Dillenbeck

_____ Seal

Borrower

_____ Seal

Borrower

_____ Seal

Borrower

| RECORD OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| (1) $ | | (8) $ | | (15) $ | |
| (2) $ | | (9) $ | | (16) $ | |
| (3) $ | | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | | TOTAL   $ | |

Exhibit B

**Montgomery County**
**Helen A Bartone**
**County Clerk**
**Fonda, New York**

**Book: 1618**     **Page: 79**

Document Number: 2007- 00024399     Document Type: Mortgage
Recorded Date: 12/21/2007

Parties: DILLENBECK, JASON R     Pages Charged: 7
UNITED STATES OF AMERICA     Pages Scanned: 8
Comment:
Recorded By: SPRING ARTHUR CARL ATTY

---

**\*\* Examined and Charged as Follows \*\***

| | | |
|---|---|---|
| Mortgage | 46.50 | |
| Coversheet | 3.00 | |
| **Recording Fee:** | 49.50 | |

| | Town | Serial # | Consideration |
|---|---|---|---|
| Tax-Mortgage | 0.00 ST JOHNSVILLE | CY  1607 | 142,900.00 |
| Basic | 0.00 | | |
| Local | 0.00 | | |
| Additional | 0.00 | | |
| Special Additional | 0.00 | | |
| Transfer | 0.00 | | |
| Tax Fee: | 0.00 | | |

---

**\*\* DO NOT REMOVE \*\***

---

**\*\* This Page is Part of the Document \*\***

I hereby certify that the within and foregoing was recorded in the Clerk's Office for:

**File Information**                    **Mail Back**
Document Number: 2007- 00024399         SPRING ARTHUR CARL ATTY
Recorded Date: 12/21/2007  03:44 P      10 S MARKET STREET
Receipt Number: 52738

JOHNSTOWN NY 12095-

Case 1:18-cv-01291-LEK-DEP    Document 1-2    Filed 11/05/18    Page 3 of 9

Form RD 3550-14 NY
(Rev. 6-03)

(Space Above This Line For Recording Data)

Form Approved
OMB No. 0575-0172

### United States Department of Agriculture
### Rural Housing Service

# MORTGAGE FOR NEW YORK

THIS MORTGAGE ("Security Instrument") is made on December 20, 2007    . [Date]
The mortgagor is JASON R. DILLENBECK, 170 Beardslee Road, St. Johnsville, New York 13452    ("Borrower").
This Security Instrument is given to the United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture ("Lender"), whose address is Rural Housing Service, c/o Centralized Servicing Center, United States Department of Agriculture, P.O. Box 66889, St. Louis, Missouri 63166.

Borrower is indebted to Lender under the following promissory notes and/or assumption agreements (herein collectively called "Note") which have been executed or assumed by Borrower and which provide for monthly payments, with the full debt, if not paid earlier, due and payable on the maturity date:

| Date of Instrument | Principal Amount | Maturity Date |
|---|---|---|
| December 20, 2007 | $142,900.00 | December 20, 2040 |

This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the property covered by this Security Instrument; (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note, and (d) the recapture of any payment assistance and subsidy which may be granted to the Borrower by the Lender pursuant to 42 U.S.C. §§ 1472(g) or 1490a. For this purpose, Borrower irrevocably grants and conveys to Lender the following described property located in the County of

Montgomery    , State of New York:

SEE SCHEDULE "A" ATTACHED HERETO AND MADE A PART HEREOF

which has the address of 170 Beardslee Road,    St. Johnsville,    , New York 13452
                        [Street]                    [City]                    [ZIP]

("Property Address");

According to the Paperwork Reduction Act of 1996, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this collection is 0575-0172. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

Case 1:18-cv-01291-LEK-DEP  Document 1-2  Filed 11/05/18  Page 4 of 9

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures which now or hereafter are a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal and Interest; Prepayment and Late Charges.** Borrower shall promptly pay when due the principal of and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note.

**2. Funds for Taxes and Insurance.** Subject to applicable law or to a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; and (d) yearly flood insurance premiums, if any. These items are called "Escrow Items." Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. § 2601 *et seq.* ("RESPA"), unless another law or federal regulation that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law.

The Funds shall be held by a federal agency (including Lender) or in an institution whose deposits are insured by a federal agency, instrumentality, or entity. Lender shall apply the Funds to pay the Escrow Items. Lender may not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. However, Lender may require Borrower to pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law provides otherwise. Unless an agreement is made or applicable law requires interest to be paid, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender may agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds, showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for all sums secured by this Security Instrument.

If the Funds held by Lender exceed the amounts permitted to be held by applicable law, Lender shall account to Borrower for the excess funds in accordance with the requirements of applicable law. If the amount of the Funds held by Lender at any time is not sufficient to pay the Escrow Items when due, Lender may so notify Borrower in writing, and, in such case Borrower shall pay to Lender the amount necessary to make up the deficiency. Borrower shall make up the deficiency in no more than twelve monthly payments, at Lender's sole discretion.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender. If Lender shall acquire or sell the Property after acceleration under paragraph 22, Lender, prior to the acquisition or sale of the Property, shall apply any Funds held by Lender at the time of acquisition or sale as a credit against the sums secured by this Security Instrument.

**3. Application of Payments.** Unless applicable law or Lender's regulations provide otherwise, all payments received by Lender under paragraphs 1 and 2 shall be applied in the following order of priority: (1) to advances for the preservation or protection of the Property or enforcement of this lien; (2) to accrued interest due under the Note; (3) to principal due under the Note; (4) to amounts required for the escrow items under paragraph 2; (5) to late charges and other fees and charges.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines and impositions attributable to the Property which may attain priority over this Security Instrument, and leasehold payments or ground rents, if any. Borrower shall pay these obligations in the manner provided in paragraph 2, or if not paid in that manner, Borrower shall pay them on time directly to the person owed payment. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this paragraph. If Borrower makes these payments directly, Borrower shall promptly furnish to Lender receipts evidencing the payments.

Page 2 of 6

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Lender has agreed in writing to such lien or Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender; (b) contests in good faith the lien by, or defends against enforcement of the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Borrower shall satisfy the lien or take one or more of the actions set forth above within ten (10) days of the giving of notice.

Borrower shall pay to Lender such fees and other charges as may now or hereafter be required by regulations of Lender, and pay or reimburse Lender for all of Lender's fees, costs, and expenses in connection with any full or partial release or subordination of this instrument or any other transaction affecting the Property.

**5. Hazard or Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage" and any other hazards, including floods or flooding, for which Lender requires insurance. This insurance shall be maintained in the amounts and for the periods that Lender requires. The insurer providing the insurance shall be chosen by Borrower subject to Lender's approval which shall not be unreasonably withheld. If Borrower fails to maintain coverage'described above, at Lender's option Lender may obtain coverage to protect Lender's rights in the Property pursuant to paragraph 7.

All insurance policies and renewals shall be in a form acceptable to Lender and shall include a standard mortgagee clause. Lender shall have the right to hold the policies and renewals. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower.

Unless Lender and Borrower otherwise agree in writing, insurance proceeds shall be applied to restoration or repair of the Property damaged, if the restoration or repair is economically feasible and Lender's security is not lessened. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with any excess paid to Borrower. If Borrower abandons the Property, or does not answer within thirty (30) days a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may collect the insurance proceeds. Lender may use the proceeds to repair or restore the Property or to pay sums secured by this Security Instrument, whether or not then due. The thirty (30) day period will begin when the notice is given.

Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of the payments. If after acceleration the Property is acquired by Lender, Borrower's right to any insurance policies and proceeds resulting from damage to the Property prior to the acquisition shall pass to Lender to the extent of the sums secured by this Security Instrument immediately prior to the acquisition.

**6. Preservation, Maintenance, and Protection of the Property; Borrower's Loan Application; Leaseholds.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate, or commit waste on the Property. Borrower shall maintain the improvements in good repair and make repairs required by Lender. Borrower shall comply with all laws, ordinances, and regulations affecting the Property. Borrower shall be in default if any forfeiture action or proceeding, whether civil or criminal, is begun that in Lender's good faith judgment could result in forfeiture of the Property or otherwise materially impair the lien created by this Security Instrument or Lender's security interest. Borrower may cure such a default by causing the action or proceeding to be dismissed with a ruling that, in Lender's good faith determination, precludes forfeiture of the Borrower's interest in the Property or other material impairment of the lien created by this Security Instrument or Lender's security interest. Borrower shall also be in default if Borrower, during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note. If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**7. Protection of Lender's Rights in the Property.** If Borrower fails to perform the covenants and agreements contained in this Security Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture or to enforce laws or regulations), then Lender may do and pay for whatever is necessary to protect the value of the Property and Lender's rights in the Property. Lender's actions may include paying any sums secured by a lien which has priority over this Security Instrument, appearing in court, paying reasonable attorneys' fees and entering on the Property to make repairs. Although Lender may take action under this paragraph 7, Lender is not required to do so. Any amounts disbursed by Lender under this paragraph 7 shall become additional debt of Borrower secured by this Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment.

**8. Refinancing.** If at any time it shall appear to Lender that Borrower may be able to obtain a loan from a responsible cooperative or private credit source, at reasonable rates and terms for loans for similar purposes, Borrower will, upon the Lender's request, apply for and accept such loan in sufficient amount to pay the note and any indebtedness secured hereby in full.

**9. Inspection.** Lender or its agent may make reasonable entries upon and inspections of the Property. Lender shall give Borrower notice at the time of or prior to an inspection specifying reasonable cause for the inspection.

**10. Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of any part of the Property, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender. In the event of a total taking of the Property, the proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with any excess paid to Borrower. In the event of a partial taking of the Property in which the fair market value of the Property immediately before the taking is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the taking, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the taking, divided by (b) the fair market value of the Property immediately before the taking. Any balance shall be paid to Borrower. In the event of a partial taking of the Property in which the fair market value of the Property immediately before the taking is less than the amount of the sums secured hereby immediately before the taking, unless Borrower and Lender otherwise agree in writing or unless applicable law otherwise provides, the proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the condemnor offers to make an award or settle a claim for damages, Borrower fails to respond to Lender within thirty (30) days after the date the notice is given, Lender is authorized to collect and apply the proceeds, at its option, either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of such payments.

**11. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower and any successor in interest of Borrower shall not operate to release the liability of the original Borrower or Borrower's successors in interest. Lender shall not be required to commence proceedings against any successor in interest or refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or Borrower's successors in interest. Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy.

**12. Successors and Assigns Bound; Joint and Several Liability; Co-signers.** The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender and Borrower, subject to the provisions of paragraph 16. Borrower's covenants and agreements shall be joint and several. Any Borrower who co-signs this Security Instrument but does not execute the Note: (a) is co-signing this Security Instrument only to mortgage, grant and convey that Borrower's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower may agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without that Borrower's consent.

**13. Notices.** Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice shall be directed to the Property Address or any other address Borrower designates by notice to Lender. Any notice to Lender shall be given by first class mail to Lender's address stated herein or any other address Lender designates by notice to Borrower. Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this paragraph.

**14. Governing Law; Severability.** This Security Instrument shall be governed by federal law. In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. To this end the provisions of this Security Instrument and the Note are declared to be severable. This instrument shall be subject to the present regulations of Lender, and to its future regulations not inconsistent with the express provisions hereof. All powers and agencies granted in this instrument are coupled with an interest and are irrevocable by death or otherwise; and the rights and remedies provided in this instrument are cumulative to remedies provided by law.

**15. Borrower's Copy.** Borrower acknowledges receipt of one conformed copy of the Note and of this Security Instrument.

**16. Transfer of the Property or a Beneficial Interest in Borrower.** If all or any part of the Property or any interest in it is leased for a term greater than three (3) years, leased with an option to purchase, sold, or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this

Security Instrument.

**17. Nondiscrimination.** If Borrower intends to sell or rent the Property or any part of it and has obtained Lender's consent to do so (a) neither Borrower nor anyone authorized to act for Borrower, will refuse to negotiate for the sale or rental of the Property or will otherwise make unavailable or deny the Property to anyone because of race, color, religion, sex, national origin, handicap, age, or familial status, and (b) Borrower recognizes as illegal and hereby disclaims and will not comply with or attempt to enforce any restrictive covenants on dwelling relating to race, color, religion, sex, national origin, handicap, age or familial status.

**18. Sale of Note; Change of Loan Servicer.** The Note or a partial interest in the Note (together with this Security Instrument) may be sold one or more times without prior notice to Borrower. A sale may result in a change in the entity (known as the "Loan Servicer") that collects monthly payments due under the Note and this Security Instrument. There also may be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change in accordance with paragraph 13 above and applicable law. The notice will state the name and address of the new Loan Servicer and the address to which payments should be made.

**19. Uniform Federal Non-Judicial Foreclosure.** If a uniform federal non-judicial foreclosure law applicable to foreclosure of this security instrument is enacted, Lender shall have the option to foreclose this instrument in accordance with such federal procedure.

**20. Hazardous Substances.** Borrower shall not cause or permit the presence, use, disposal, storage, or release of any hazardous substances on or in the Property. The preceding sentence shall not apply to the presence, use, or storage on the Property of small quantities of hazardous substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property that is in violation of any federal, state, or local environmental law or regulation.

Borrower shall promptly give Lender written notice of any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any hazardous substance or environmental law or regulation of which Borrower has actual knowledge. If Borrower learns, or is notified by any governmental or regulatory authority, that any removal or other remediation of any hazardous substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with applicable environmental law and regulations.

As used in this paragraph "hazardous substances" are those substances defined as toxic or hazardous substances by environmental law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials. As used in this paragraph, "environmental law" means federal laws and regulations and laws and regulations of the jurisdiction where the Property is located that relate to health, safety or environmental protection.

**21. Cross Collateralization.** Default hereunder shall constitute default under any other real estate security instrument held by Lender and executed or assumed by Borrower, and default under any other such security instrument shall constitute default hereunder.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. SHOULD DEFAULT** occur in the performance or discharge of any obligation in this instrument or secured by this instrument, or should the parties named as Borrower die or be decreed incompetent, or should any one of the parties named as Borrower be discharged in bankruptcy or declared an insolvent, or make an assignment for the benefit of creditors, Lender, at its option, with or without notice, may: (a) declare the entire amount unpaid under the note and any indebtedness to Lender hereby secured immediately due and payable, (b) for the account of Borrower incur and pay reasonable expenses for repair or maintenance of and take possession of, operate or rent the property, (c) upon application by it and production of this instrument, without other evidence and without notice of hearing of said application, have a receiver appointed for the property, with the usual powers of receivers in like cases, (d) foreclose this instrument as provided herein or by law, and (e) enforce any and all other rights and remedies provided herein or by present or future laws.

**23.** The proceeds of foreclosure sale shall be applied in the following order to the payment of: (a) costs and expenses incident to enforcing or complying with the provisions hereof, (b) any prior liens required by law or a competent court to be so paid, (c) the debt evidenced by the note and all indebtedness to Lender secured hereby, (d) inferior liens of record required by law or a competent court to be so paid, (e) at Lender's option, any other indebtedness of Borrower owing to Lender, and (f) any balance to Borrower. At foreclosure or other sale of all or any part of the property, Lender and its agents may bid and purchase as a stranger and may pay Lender's share of the purchase price by crediting such amount on any debts of Borrower owing to Lender, in the order prescribed above.

**24.** Borrower agrees that Lender will not be bound by any present or future state laws, (a) providing for valuation, appraisal, homestead or exemption of the Property, (b) prohibiting maintenance of an action for a deficiency judgment or limiting the amount thereof or the time within which such action may be brought, (c)

100   BK: 1618 PG: 79  12/21/2007  MORTGAGE  Image: 7 of 8

prescribing any other statue of limitations, (d) allowing any right of possession or, (e) limiting the conditions which Lender may be regulation impose, including the interest rate it may charge, as a condition of approving a transfer of the property to a new Borrower. Borrower expressly waives the benefit of any such state law. Borrower hereby relinquishes, waives, and conveys all rights, inchoate or consummate, of descent.

25. **Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument. [Check applicable box]

☐ Condominium Rider   ☐ Planned Unit Development Rider   ☐ Other(s) [specify]

Witnesses:

_____   _Jason R. Dillenbeck_ (Seal)
                                   Borrower

_____   _____ (Seal)
                                   Borrower

## ACKNOWLEDGMENT

STATE OF NEW YORK        }
                         } SS:
COUNTY OF __FULTON__     }

On the __20th__ day of __December__ in the year __2007__, before me, the undersigned, a notary public in and for said State, personally appeared __JASON R. DILLENBECK__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person on behalf of which the individual(s) acted, executed the instrument.

_Arthur Carl Spring_
Notary Public

**ARTHUR CARL SPRING**
Notary Public, State of New York
Fulton County
My Commission Expires April 30, 20 _11_

Page 6 of 6

Case 1:18-cv-01291-LEK-DEP  Document 1-2  Filed 11/05/18  Page 9 of 9

## SCHEDULE "A"

ALL THAT PIECE OR PARCEL OF LAND in the Town of St. Johnsville, Montgomery County, New York, more particularly bounded and described as follows:

BEGINNING at a point marked by an iron pin in the northeasterly line of the Beardslee Road distant twenty-five feet westerly from the southwest corner of lands now or formerly of Joseph Sugar, and running thence northwesterly along the said road line for a distance of 248 feet to a point marked by a stake; thence N. 2° 20' E. along lands of the Niagara Mohawk Power Corp. for a distance of 327.5 feet to a point marked by a stake; thence S. 59 ° 10' E. across and along lands now or formerly of Lester Mosher for a distance of 442 feet to a point marked by a stake; thence S. 40° 43' W. across and along lands now or formerly of Lester Mosher for a distance of 412 feet to the place of beginning.

BEING THE SAME PREMISES WITH A MORE MODERN DESCRIPTION AS FOLLOWS:

ALL THAT PIECE OR PARCEL OF LAND in the Town of St. Johnsville, Montgomery County, New York, more particularly bounded and described as follows:

BEGINNING at a set re-rod in the northeasterly margin of Beardslee Road located N 39° 40' W a distance of 25.42 feet from a found iron pipe marking the most westerly corner of lands conveyed to Cynthia D. Button by deed recorded in book 535 at page 243 and running thence along the northeasterly margin of Beardslee Road the following three courses; N 39° 40' W a distance of 42.60 feet to a point; on a curve to the right having a radius of 645.00 feet for an arc length of 231.90 feet to a point located N 29° 22' W a distance of 230.65 feet from the last mentioned point and N 19° 04' W a distance of 77.78 feet to a set re-rod in the easterly line of lands of Niagara Mohawk Power Corporation, thence along said easterly line N 02° 20' E a distance of 259.31 feet to a set re-rod in the southwesterly line of lands of Whalley, thence along lands of Whalley the following two courses; S 59° 10' E a distance of 488.58 feet to a set re-rod and S 39° 55' W a distance of 412.00 feet to the point or place of beginning.

BEING the same premises conveyed to the mortgagor herein from Gerald Countryman and Jean Countryman, husband and wife by Warranty Deed dated December *14*, 2007 and recorded in the Montgomery County Clerk's Office on December 21, 2007 simultaneously herewith.

Exhibit C

Form RD 3550-21
(03-06)

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

JASON R DILLENBECK
170 BEARDSLEE ROAD
SAINT JOHNSVILLE   NY 13452

RECEIVED
MAY 2 0 2010
Front-End Processing Unit

04/20/10

0035769331

Please provide the following information in ink. **IF ANY REQUESTED INFORMATION IS NOT PROVIDED,
YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!**

The information I (we) have provided is complete and true to the best of my (our) knowledge.  I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

| | | |
|---|---|---|
| Borrower Signature | 5/15/10 Date | Borrower Signature                    Date |

Home Phone ▓▓▓▓▓▓▓▓        Alternate Phone or Work No: (        )        -

**YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL.  DO NOT FAX!**

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| ▓ | | | | ✓ | | ✓ |
| ▓ | | | | ✓ | | ✓ |
| ▓ | | | | ✓ | ✓ | ✓ |
| ▓ | | | | ✓ | ✓ | ✓ |
| ▓ | | | | ✓ | ✓ | ✓ |

**3. Yes ✓  No___** Did anyone living in your household file Federal Income Tax last year?
   **YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS
   FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED.  *DO NOT SEND  FORM 8453!!!***

**4. Yes ___  No ✓** Is anyone living in your household self-employed?
   **IF YES – YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.**

**5. $ 1732 00** Amount of Real Estate Taxes due each year.          I am exempt from paying.

**6. $ 604 00** Amount of Property Insurance paid each year.          I do not have insurance.

**7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND
   COMPLETE THE FOLLOWING FOR EACH JOB:**

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER  NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| | | | (        ) |
| | | | (        ) |
| | | | (        ) |

### * * * COMPLETE 2ND PAGE OF THIS FORM * * *

*According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.  The valid OMB
control number for this information collection is 0575-0172.  The time required to complete this information collection is estimated to average 30 minutes per response, including the
time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*

*005500035769331100619NY3*

*62000017602* L1011001

Form RD 3550-21
( 001 )

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

RECEIVED
NOV 1 2 2009
Front-End Processing Unit

FORM APPROVED
OMB NO. 0575-0172

JASON R DILLENBECK
170 BEARDSLEE ROAD
SAINT JOHNSVILLE   NY 13452

10/21/09

0035769331

Please provide the following information in ink. **IF ANY REQUESTED INFORMATION IS NOT PROVIDED, YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!**

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to provide complete and accurate information can result in criminal and civil penalties.

_____    _11/6/09_          _____    _____
Borrower Signature            Date              Borrower Signature            Date

Hom ██████████          Alternate Phone or Work No: (____) ____-____
            **YOU MUST RETURN THIS FORM (NOT A COPY) BY MAIL. DO NOT FAX!**

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH YOURSELF | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| ███████ | | | | ✔ | ✔ | ✔ |
| | | | | ✔ | ✔ | ✔ |
| | | | | ✔ | ✔ | ✔ |
| | | | | ✔ | ✔ | ✔ |
| | | | | ✔ | ✔ | ✔ |
| | | | | ✔ | ✔ | ✔ |

**3.** Yes ✔ No ___ Did anyone living in your household file Federal Income Tax last year?
     **YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED.** *DO NOT SEND FORM 8453!!!*

**4.** Yes ___ No ✔ Is anyone living in your household self-employed?
     **IF YES - YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.**

**5.** $ _1700.00 (estimate)_ Amount of Real Estate Taxes due each year.          I am exempt from paying. ___

**6.** $ _590.00_ Amount of Property Insurance paid each year.          I do not have insurance. ___

**7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND COMPLETE THE FOLLOWING FOR EACH JOB:** (N/A.)

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| | | | (____) ____ |
| | | | (____) ____ |
| | | | (____) ____ |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**\*0055000357693311091220NY3\***

*PY000017602* L1011001

Form RD 3550-21
(03-06)

**RURAL HOUSING SERVICE**
**PAYMENT SUBSIDY RENEWAL CERTIFICATION**

FORM APPROVED
OMB NO. 0575-0172

JASON R DILLENBECK
170 BEARDSLEE ROAD
SAINT JOHNSVILLE   NY 13452

**RECEIVED**
**FEB 26 2009**
Front-End Processing Unit

01/30/09

0035769331

Please provide the following information in ink. **IF ANY REQUESTED INFORMATION IS NOT PROVIDED,**
**YOUR PAYMENT SUBSIDY REQUEST CANNOT BE PROCESSED!**

The information I (we) have provided is complete and true to the best of my (our) knowledge. I (we) understand that the
information below is being collected to determine if I am (we are) eligible to receive payment subsidies and that failure to
provide complete and accurate information can result in criminal and civil penalties.

| Borrower Signature | Date 2/21/07 | Borrower Signature | Date |
|---|---|---|---|

Home Phone ▓▓▓▓▓▓▓▓▓    Alternate Phone or Work No: (    )

▓▓▓▓▓▓▓ FORM (NOT A COPY) BY MAIL. DO NOT FAX!

**1. ALL ADULT HOUSEHOLD MEMBERS MUST SIGN AN "AUTHORIZATION TO RELEASE INFORMATION" FORM 3550-1**

**2. PLEASE FILL OUT THE FOLLOWING SECTION COMPLETELY:**

| HOUSEHOLD MEMBER'S FULL NAME - BEGIN WITH | RELATIONSHIP TO THE HEAD | AGE | SOCIAL SECURITY NUMBER | EMPLOYED YES / NO | FULL TIME STUDENT YES / NO | DISABLED YES / NO |
|---|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓ | ▓▓▓ | ✓ | ✓ | ✓ |
| | | | | ✓ | ✓ | ✓ |
| | | | | ✓ | ✓ | ✓ |
| | | | | ✓ | ✓ | ✓ |
| | | | | ✓ | ✓ | ✓ |
| | | | | ✓ | ✓ | ✓ |

**3.** Yes ✓   No___ Did anyone living in your household file Federal Income Tax last year?
**YOU MUST INCLUDE A COPY OF LAST YEAR'S IRS FORM(S) 1040, 1040EZ, 1040A, OR TELEFILE TAX RECORDS**
**FOR ALL ADULT HOUSEHOLD MEMBERS WHO FILED.** *DO NOT SEND FORM 8453!!!*

**4.** Yes ___ No ✓ Is anyone living in your household self-employed?
**IF YES - YOU MUST INCLUDE A COPY OF LAST YEAR'S FEDERAL INCOME TAX SCHEDULE FOR C OR F.**

**5.** $ 1700.00 (estimate) Amount of Real Estate Taxes due each year.        I am exempt from paying.

**6.** $ 590.00 Amount of Property Insurance paid each year.        I do not have insurance.

**7. ATTACH THE TWO (2) MOST RECENT AND CONSECUTIVE PAY STUBS FOR ALL JOBS IN YOUR HOUSEHOLD AND**
**COMPLETE THE FOLLOWING FOR EACH JOB:**

| HOUSEHOLD MEMBER'S FULL NAME | AMOUNT OF YEARLY INCOME | EMPLOYER NAME AND ADDRESS | EMPLOYER PHONE NO. |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | (    ) |

**\* \* \* COMPLETE 2ND PAGE OF THIS FORM \* \* \***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**\*0055000357693311090130NY2\***

\*R9000026703\* L1011003

Form RD 3550-12          **United States Department of Agriculture**          Form Approved
(Rev. 9-06)                      **Rural Housing Service**                    OMB No. 0575-0172

                                                                          Account # 45769331

## SUBSIDY REPAYMENT AGREEMENT

Only one agreement should be executed by the subject borrower for the subject property.  The agreement is completed at the closing of the first Agency loan to the borrower regardless of whether or not they qualify for payment assistance at that time.

1. As required under section 521 of the Housing Act of 1949 (42 U.S.C. 1490a), subsidy received in accordance with a loan under section 502 of the Housing Act of 1949 is repayable to the Government upon the disposition or nonoccupancy of the security property. Deferred mortgage payments are included as subsidy under this agreement.

2. When I fail to occupy or transfer title to my home, recapture is due.  If I refinance or otherwise pay in full without transfer of title and continue to occupy the property, the amount of recapture will be calculated but; payment of recapture can be deferred, interest free, until the property is subsequently sold or vacated. If deferred, the Government mortgage can be subordinated but will not be released nor the promissory note satisfied until the Government is paid in full.  In situations where deferment of recapture is an option, recapture will be discounted 25% if paid in full at time of settlement.

3. Calculating Original Equity.

For Self-Help loans, the market value is the appraised value as determined at the time of loan approval/obligation, which is subject to completion per plans and specifications.  If the house is not ultimately furnished under the Self-Help program, an amended agreement using the market value definition for all other transactions as outlined below must be completed.

For all other transactions, the market value is the lower of the:

   Sales price, construction/rehabilitation cost, or total of these costs, whichever is applicable
   OR
   Appraised value as determined at the time of loan approval/obligation.

If the applicant owns the building site free and clear or if an existing non-Agency debt on the site without a dwelling will not be refinanced with Agency funds, the market value will be the lower of the appraised value or the construction cost plus the value of the site.

Market value of property located at:

170 Beardslee Road

Saint Johnsville, NY    13452          $ 140,000.00

Less Prior Liens                      $ _____  Held by _____
                                      $ _____  Held by _____

Less Subordinate Affordable Housing Products   $ _____  Held by _____
                                               $ _____  Held by _____

Less Rural Development Single Family Housing Loans   $ 142,900.00
Equals Original Equity (If negative number use "0")  $ 0.00

Percent of Original Equity                $ 0.00        %
(Determined by dividing original equity by the market value)

4. If all loans are not subject to recapture, or if all loans subject to recapture are not being paid, the amount to be recaptured is computed according to the following formula. Divide the balance of loans subject to recapture that are being paid by the balance of all open loans. Multiply the result by 100 to determine the percent of the outstanding balance of open loans being paid.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

5.

| months loan outstanding | Average interest rate paid | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 % | 1.1 2% | 2.1 3% | 3.1 4% | 4.1 5% | 5.1 6% | 6.1 7% | 7% |
| 0 - 59 | .50 | .50 | .50 | .50 | .44 | .32 | .22 | .11 |
| 60 - 119 | .50 | .50 | .50 | .49 | .42 | .31 | .21 | .11 |
| 120 - 179 | .50 | .50 | .50 | .48 | .40 | .30 | .20 | .10 |
| 180 - 239 | .50 | .50 | .49 | .42 | .36 | .26 | .18 | .09 |
| 240 - 299 | .50 | .50 | .46 | .38 | .33 | .24 | .17 | .09 |
| 300 - 359 | .50 | .45 | .40 | .34 | .29 | .21 | .14 | .09 |
| 360 & up | .47 | .40 | .36 | .31 | .26 | .19 | .13 | .09 |

6.  Calculating Recapture

Current Market value

LESS

Original amount of prior liens and subordinate affordable housing products,
RHS balance,
Reasonable closing costs,
Principal reduction at note rate,
Original equity (see paragraph 3), and
Capital improvements (see 7 CFR part 3550).

EQUALS

Appreciation value. (If this is a positive value, continue.)

TIMES

Percentage in paragraph 4 (if applicable),
Percentage in paragraph 5, and
Return on borrower's original equity (100% - percentage in paragraph 3).

EQUALS

Value appreciation subject to recapture. Recapture due equals the lesser of this figure or the amount of subsidy received.

Borrower agrees to pay recapture in accordance with this agreement.

| Borrower | Date |
|---|---|
| Jason R. Dillard | 12-20-2007 |
| Borrower | Date |
| | 12-20-2007 |

Exhibit D



**United States
Department of
Agriculture**

**Rural Development**
Centralized Servicing Center
P.O. Box 66827
St. Louis, MO 63166
*(800) 793-8861 (Voice)*
*(800) 438-1832 (TDD/TTY Hearing Impaired Only) or*
*(314) 457-4450 (FAX)*

AUG 0 3 2015



<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

JASON R DILLENBECK
170 BEARDSLEE ROAD
SAINT JOHNSVILLE    NY 13452

SUBJECT:  NOTICE OF ACCELERATION OF YOUR MORTGAGE LOAN(S); DEMAND FOR PAYMENT OF
THAT DEBT; NOTICE OF INTENT TO FORECLOSE; AND NOTICE OF YOUR  OPPORTUNITY
TO HAVE A HEARING CONCERNING THIS ACTION

Dear   JASON R DILLENBECK

PLEASE TAKE NOTE that the entire indebtedness due on the promissory note(s) and/or assumption
agreement(s) which evidence the loan(s) received by you from the United States of America, acting
through the United States Department of Agriculture Rural Housing Service (RHS), formerly Farmers
Home Administration, is now declared immediately due and payable and demand is hereby made on
you to pay this entire indebtedness.  If payment in full is not made as demanded herein, the RHS
intends to enforce its real estate mortgage(s) or deed(s) of trust given to secure the indebtedness
by foreclosure of its lien(s) on your house.

| <u>Account Number(s)</u> | <u>Date of Instruments</u> | <u>Amount</u> |
|---|---|---|
| 0035769331 | 12/20/07 | 142900.00 |

This acceleration of your indebtedness is made in accordance with the authority granted in the
above-described instrument(s).  The reason(s) for the acceleration of your indebtedness is (are)
as follows:

**MONETARY DEFAULT**

The balance of the account is $  132121.00         unpaid principal and
$ 7723.08          unpaid interest, as of  05/05/15, plus additional interest accruing at the rate
of  $ 21.7185          per day thereafter, plus additional advances to be made by the United States
for the protection of its security, the interest accruing on any such advances, fees, or late charges,
and the amount of subsidy to be recaptured in accordance with the Subsidy Repayment Agreement.

USDA is an equal opportunity provider and employer.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found
online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may
also write a letter containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S.
Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202)
690-7442 or email at program.intake@usda.gov.

*J4000002002*  L9051SSP

Unless full payment of this indebtedness is received within 30 days from the date of this letter, the United States will take action to foreclose its lien on your house and to pursue any other available remedies. **Payment should be made by cashier's check, certified check, or postal money orders payable to the USDA/RD and mailed to the following address:**



> USDA-Rural Development
> P.O. Box 790170
> St. Louis, MO 63179-0170

If you submit to the United States any payment insufficient to pay the account in full or insufficient to comply with any arrangements agreed to between the RHS and yourself, the payment WILL NOT CANCEL the effect of this notice. If insufficient payments are received and credited to your account, no waiver or prejudice of any rights which the United States may have will result and the RHS may proceed as though no such payments had been made.

**YOUR RIGHT TO A DISCUSSION WITH RHS** - You have the opportunity to discuss this decision to accelerate your loan(s) with a RHS official or have an administrative appeal hearing before the foreclosure takes place. This is an opportunity to discuss why you believe the United States is in error in accelerating your loan(s) and proceeding with foreclosure. If you desire to have an informal discussion with an RHS official or have any questions concerning this decision or the facts used in making this decision, you should contact this office in writing. The request for an informal discussion must be sent to the undersigned no later than   05/20/15  . Requests which are postmarked by the U. S. Postal Service on or before that date will be considered as timely received. You also have the right to an administrative appeal hearing with a hearing officer instead of, or in addition to, an informal discussion with this office. If you request an informal discussion with an RHS official, and this does not result in a decision in which you concur, you will be given a separate time frame in which to submit your request for an administrative appeal. See the attachment for your appeal rights.)

**YOUR RIGHT TO AN ADMINISTRATIVE APPEAL HEARING -** If you do not wish to have an informal discussion with an RHS official as outlined above, you may request an administrative appeal with a member of the National Appeals Division Area Supervisor, no later than 30 days after the date on which you received this notice. Requests which are postmarked by the U.S. Postal Service on or before that date will be considered as timely received as requesting an administrative appeal. Please include a copy of this letter with your request.

If you fail to comply with the requirement outlined, the United States plans to proceed with foreclosure. You may avoid foreclosure by (1) refinancing your RHS loan(s) with a private or commercial lender or otherwise paying your indebtedness in full; (2) selling the property for its fair market value and applying the proceeds to your loan(s); (3) transferring the loan(s) and property to an eligible or ineligible applicant with RHS approval; or (4) conveying the property to the Government with RHS approval. Please contact our Centralized Servicing Center office at 1-800-793-8861, if you desire to satisfy your loan(s) by one of the above methods.



You cannot be discriminated against in a credit transaction because of your race, color, religion, national origin, sex, marital status, handicap, or age (if you have the legal capacity to enter into a contract). You cannot be denied a loan because all or a part of your income is from a public assistance program. If you believe you have been discriminated against for any of these reasons, you should write to the Secretary of Agriculture, Washington, D.C. 20250.

You cannot be discriminated against in a credit transaction because you in good faith exercised your rights under the Consumer Credit Protection Act. The Federal Agency responsible for seeing this law is obeyed is the Federal Trade Commission, Washington, D.C. 20580.

For questions regarding your account, please call Default Management toll free at 1-800-793-8861 or 1-800-438-1832 (TDD/TTY Hearing Impaired Only), 7:00 a.m. to 5:00 p.m., Monday through Friday, Central Time. Please refer to your Account number when you write or call us. Thank you.

UNITED STATES OF AMERICA
BY

Thomas B Herron
Director, Default Management Branch
Rural Development
United States Department of Agriculture

Date:    05/05/15
Attachment
CC:    State Office

This letter was mailed certified and regular mail on    05/05/15 .

USDA RURAL DEVELOPMENT
FC214 ACCELERATIONS
05ECSC
3300 GOODFELLOW BLVD BLDG
SAINT LOUIS, MO 63120-1703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)

X

B. Received by (Please Print Clearly)

C. Date of Delivery
5/9/15

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City ___ State ___ ZIP + 4 Code ___

PS Form 3800, 6/06

**CERTIFIED MAIL**

**USPS CERTIFIED MAIL**

Article Addressed To:

JASON R DILLENBECK
170 BEARDSLEE ROAD
SAINT JOHNSVILLE, NY 13452

9207 1969 0087 3051 0516 43

3576933

Exhibit E

**USDA**

**United States Department of Agriculture**

Certified Mail #70121640000042787450

July 26, 2018

Jason Dillenbeck
107 Timmerman Road
Little Falls, New York 13365

YOU MAY BE AT RISK OF FORECLOSURE. PLEASE READ THE
FOLLOWING NOTICE CAREFULLY.

As of 07/26/2018, your home loan is 1,497 days and $61,365.76 dollars in default.
Under New York State Law, we are required to send you this notice to inform you
that you are at risk of losing your home.  Attached to this notice is a list of
government approved housing counseling agencies in your area which provide free
counseling. You can also call the NYS Office of the Attorney General's
Homeowner Protection Program (HOPP) toll-free consumer hotline to be
connected to free housing counseling services in your area at 1-855-HOME-456
(1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A
statewide listing by county is also available at
https://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm
Qualified free help is available; watch out for companies or people who charge a
fee for these services.

Housing counselors from New York-based agencies listed on the website above are
trained to help homeowners who are having problems making their mortgage

Rural Development • New York State Office
Single Family Housing Division
441 South Salina Street, Suite 357 • Syracuse, NY 13202
Voice (315) 477-6423 • Fax (855) 477-8531 • TDD 800-421-1220 (711)

USDA is an equal opportunity provider, employer, and lender.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form (AD-3027), found online
at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter
containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S. Department of Agriculture,
Director, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or
email at program.intake@usda.gov.

payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 315-477-6416 and ask to discuss possible options.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services' toll-free helpline at 1-888-995-4673 or visit the Department's website at www.sfs.ny.gov.

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property. If a foreclosure action is filed against you in court, you still have the right to remain in the home until a court orders you to leave. You legally remain the owner of and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings. This notice is not an eviction notice, and a foreclosure action has not yet been commenced against you.

Sincerely,

Jennifer Jackson
Single Family Housing Program Director



## Help for Homeowners in Foreclosure

New York State Law requires that we send you this notice about the foreclosure process. Please read it carefully.

### Summons and Complaint

You are in danger of losing your home. If you fail to respond to the summons and complaint in this foreclosure action, you may lose your home. Please read the summons and complaint carefully. You should immediately contact an attorney or your local legal aid office to obtain advice on how to protect yourself.

### Sources of Information and Assistance

The State encourages you to become informed about your options in foreclosure. In addition to seeking assistance from an attorney or legal aid office, there are government agencies and non-profit organizations that you may contact for information about possible options, including trying to work with your lender during this process.

To locate an entity near you, you may call the toll-free helpline maintained by the New York State Department of Financial Services at (800) 342-3736 or visit the Department's website at www.dfs.ny.gov.

### RIGHTS AND OBLIGATIONS

YOU ARE NOT REQUIRED TO LEAVE YOUR HOME AT THIS TIME. YOU HAVE THE RIGHT TO STAY IN YOUR HOME DURING THE FORECLOSURE PROCESS. YOU ARE NOT REQUIRED TO LEAVE YOUR HOME UNLESS AND UNTIL YOUR PROPERTY IS SOLD AT AUCTION PURSUANT TO A JUDGMENT OF FORECLOSURE AND SALE. REGARDLESS OF WHETHER YOU CHOOSE TO REMAIN IN YOUR HOME, YOU ARE REQUIRED TO TAKE CARE OF YOUR PROPERTY AND PAY PROPERTY TAXES IN ACCORDANCE WITH STATE AND LOCAL LAW.

**Foreclosure Rescue Scams**

Be careful of people who approach you with offers to "save" your home. There are individuals who watch for notices of foreclosure actions in order to unfairly profit from a homeowner's distress. You should be extremely careful about any such promises and any suggestions that you pay them a fee or sign over your deed. State law requires anyone offering such services for profit to enter into a contract which fully describes the services they will perform and fees they will charge, and which prohibits them from taking any money from you until they have completed all such promised services.



**United States Department of Agriculture**

July 26, 2018


Jason Dillenbeck
107 Timmerman Road
Little Falls, New York 13365


YOU MAY BE AT RISK OF FORECLOSURE. PLEASE READ THE
FOLLOWING NOTICE CAREFULLY.


As of 07/26/2018, your home loan is 1,497 days and $61,365.76 dollars in default.
Under New York State Law, we are required to send you this notice to inform you
that you are at risk of losing your home.  Attached to this notice is a list of
government approved housing counseling agencies in your area which provide free
counseling. You can also call the NYS Office of the Attorney General's
Homeowner Protection Program (HOPP) toll-free consumer hotline to be
connected to free housing counseling services in your area at 1-855-HOME-456
(1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A
statewide listing by county is also available at
https://www.dfs.ny.gov/consumer/mortg_nys_np_counseling _agencies.htm
Qualified free help is available; watch out for companies or people who charge a
fee for these services.


Housing counselors from New York-based agencies listed on the website above are
trained to help homeowners who are having problems making their mortgage
payments and can help you find the best option for your situation. If you wish, you
may also contact us directly at 315-477-6416 and ask to discuss possible options.

Rural Development • New York State Office
Single Family Housing Division
441 South Salina Street, Suite 357 • Syracuse, NY 13202
Voice (315) 477-6423 • Fax (855) 477-8531 • TDD 800-421-1220 (711)

USDA is an equal opportunity provider, employer, and lender.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form (AD-3027), found online
at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter
containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S. Department of Agriculture,
Director, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or
email at program.intake@usda.gov.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services' toll-free helpline at 1-888-995-4673 or visit the Department's website at www.sfs.ny.gov.

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property. If a foreclosure action is filed against you in court, you still have the right to remain in the home until a court orders you to leave. You legally remain the owner of and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings.  This notice is not an eviction notice, and a foreclosure action has not yet been commenced against you.

Sincerely,

Jennifer Jackson
Single Family Housing Program Director

## Help for Homeowners in Foreclosure

New York State Law requires that we send you this notice about the foreclosure process. Please read it carefully.

### Summons and Complaint

You are in danger of losing your home. If you fail to respond to the summons and complaint in this foreclosure action, you may lose your home. Please read the summons and complaint carefully. You should immediately contact an attorney or your local legal aid office to obtain advice on how to protect yourself.

### Sources of Information and Assistance

The State encourages you to become informed about your options in foreclosure. In addition to seeking assistance from an attorney or legal aid office, there are government agencies and non-profit organizations that you may contact for information about possible options, including trying to work with your lender during this process.

To locate an entity near you, you may call the toll-free helpline maintained by the New York State Department of Financial Services at (800) 342-3736 or visit the Department's website at www.dfs.ny.gov.

### RIGHTS AND OBLIGATIONS

YOU ARE NOT REQUIRED TO LEAVE YOUR HOME AT THIS TIME. YOU HAVE THE RIGHT TO STAY IN YOUR HOME DURING THE FORECLOSURE PROCESS. YOU ARE NOT REQUIRED TO LEAVE YOUR HOME UNLESS AND UNTIL YOUR PROPERTY IS SOLD AT AUCTION PURSUANT TO A JUDGMENT OF FORECLOSURE AND SALE. REGARDLESS OF WHETHER YOU CHOOSE TO REMAIN IN YOUR HOME, YOU ARE REQUIRED TO TAKE CARE OF YOUR PROPERTY AND PAY PROPERTY TAXES IN ACCORDANCE WITH STATE AND LOCAL LAW.

**Foreclosure Rescue Scams**

Be careful of people who approach you with offers to "save" your home. There are individuals who watch for notices of foreclosure actions in order to unfairly profit from a homeowner's distress. You should be extremely careful about any such promises and any suggestions that you pay them a fee or sign over your deed. State law requires anyone offering such services for profit to enter into a contract which fully describes the services they will perform and fees they will charge, and which prohibits them from taking any money from you until they have completed all such promised services.

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jason D. Wenbeck

107 Timmerman Road,

Little Falls, NY, 13365

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Timmill_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

_Grey_ _Debech_   7/2/3-5

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 1640 0000 4278 7450

PS Form **3811**, February 2004      Domestic Return Receipt      102595-02-M-1540



**New York State Department of Financial Services**
One State Street Plaza, New York, NY 10004

Proof of Filing Statement

To Whom It May Concern:

Section 1306 of the Real Property Actions and Proceedings Law (RPAPL) requires lenders, assignees or mortgage loan servicers servicing loans on 1-to-4 family residential properties in New York State to file certain information with the Superintendent of the Department Financial Services within three days after the mailing of a 90-Day Pre-Foreclosure Notice.

The information below pertains to a filing submitted to the Department of Financial Services as required in Section 1306 of RPAPL. The information is presented as filed by the lender, assignee or mortgage loan servicer.

**Filer Information:**

| | |
|---|---|
| Name | : USDA Rural Development |
| Address | : 441 South Salina St., Suite 357 |
| | Syracuse NY 13202 |

**Filing Information:**

| | |
|---|---|
| Tracking Number | : NYS4702291 |
| Mailing Date Step 1 | : 27-JUL-18 12.00.00.000 AM |
| Mailing Date Step 2 | : |
| Judgment Date Step 3 | : |
| Filing Date Step 1 | : 30-JUL-18 09.25.52.000 AM |
| Filing Date Step 1 Orig | : 30-JUL-18 09.24.37.000 AM |
| Filing Date Step 2 | : |
| Filing Date Step 3 | : |
| Owner Occupd at Jdgmnt | : |
| Property Type | : 1 to 4 Family Home |
| Property Address | : 170 Beardslee Road  Saint Johnsville |
| | NY 13452 |
| County | : Fulton |
| Date of Original Loan | : 20-DEC-07 12.00.00.000 AM |
| Amt of Original Loan | : 142900 |
| Loan Number Step 1 | : 35769331 |
| Loan Number Step 2 | : |
| Loan Reset Frequency | : |
| Loan Type | : 1st Lien |
| Loan Details | : Fixed Rate |
| Loan Term | : Other |
| Loan Modification | : No Modification |
| Days Delinquent | : Other |
| Borrower's Name | : Jason R Dillenbeck |
| Address | : 107 Timmerman Road |
| | Little Falls  13365 |
| Borrower's Phone No | : 5186053439 |
| Filing Status | : Step 1 Completed |

Sincerely,

New York State Department of Financial Services

Case 1:18-cv-01291-LEK-DEP   Document 15   Filed 11/05/18   Page 13 of 26



Search DFS       Search

## New York State Non-Profit Housing Counseling Agencies Providing Services to Homeowners in Default and Foreclosure - Statewide Listing by County

### Compiled by the Empire Justice Center (Updated May 7, 2018)

| COUNTY | AGENCY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| **Albany** | Affordable Housing Partnership | 255 Orange St., Albany, NY 12210 | 518-434-1730 | HOPP<br><br>Also serves surrounding areas |
| | Albany County Rural Housing Alliance | 24 Martin Road, Voorheesville, NY 12186 | 518-765-2425 | HOPP<br><br>Also serves surrounding areas |
| | United Tenants of Albany | 255 Orange St., Albany, NY 12210 | 518-436-8997 | HOPP<br><br>For tenants whose buildings are in the process of foreclosure or have been foreclosed on |
| | Better Neighborhoods, Inc. | 120 Emmons St., Schenectady, NY 12304 | 518-372-6469 | HOPP<br><br>Spanish speaking staff available |
| **Allegany** | ACCORD | 84 Schuyler St., Belmont, NY 14813 | 585-268-7605 | HOPP |
| | Neighborhood Housing Services of Buffalo | 1937 South Park Ave. Buffalo, NY 14220 | 716-823-3630 | Also serving surrounding counties |
| **Bronx** | The Bronx Neighborhood Housing Services CDC, Inc. | 1451 East Gun Hill Rd., Bronx, NY 10469 | 718-881-1180 | HOPP<br><br>Spanish speaking staff available |
| | MHANY Management, Inc. | 1 Metro Tech Center North 11th Floor, Brooklyn, NY 11201 | 718-246-8080 ext 203 | HOPP<br><br>Spanish, Italian, Greek, and Haitian Creole speaking staff available |
| | Housing and Family Services of Greater New York, Inc. | 415 Albemarle Rd., Brooklyn, NY 11218 | 718-435-7585 | HOPP<br><br>Spanish, Russian, Cantonese, Mandarin, Patois, Haitian Creole, and |

| | | | | |
|---|---|---|---|---|
| | | | | French Creole speaking staff available. Translation Service available |
| | Grow Brooklyn, Inc. | 1474 Myrtle Ave., Brooklyn, NY 11237 | 718-418-8232 ext. 2060 | HOPP<br><br>Spanish speaking staff available |
| | Neighborhood Housing Services NYC | 307 West 36th Street, 12th Floor, New York, NY 10018<br><br>Foreclosure Department:<br>2475 Westchester Avenue, Bronx, NY 10461 | 929-268-3790 | Spanish speaking staff available |
| | NYC Commission on Human Rights | 1932 Arthur Avenue, Room 203A, Bronx, NY 10457 | 718-579-6728<br><br>OR<br><br>718-579-6900 | Spanish speaking staff available |
| **Broome** | Metro Interfaith Housing Management Corp. | 21 New St., Binghamton, NY 13903 | 607-772-6766 | HOPP |
| **Cattaraugus** | Chautauqua Opportunities, Inc. | 402 Chandler St., Jamestown, NY 14701 | 716-661-9430 | HOPP |
| | ACCORD | 84 Schuyler St., Belmont, NY 14813 | 585-268-7605 | HOPP |
| | Neighborhood Housing Services of South Buffalo | 1937 South Park Ave., Buffalo, NY 14220 | 716-823-3630 | |
| **Cayuga** | Home Headquarters, Inc. | 538 Erie Blvd West, Syracuse NY 13204 | 315-474-1939 | HOPP<br><br>Spanish speaking staff available |
| | Clearpoint, A division of Money Management International | 5794 Widewaters Parkway, Syracuse, NY 13214 | 713.394.3232 | |
| **Chautauqua** | Chautauqua Opportunities, Inc. | 402 Chandler St., Jamestown, NY 14701 | 716-661-9430 | HOPP |
| | Chautauqua Home Rehabilitation and Improvement Corp. (CHRIC) | 2 Academy St., Mayville, NY 14757 | 716-753-4650 | Spanish speaking staff available |
| | Neighborhood Housing Services  of South Buffalo | 1937 South Park Ave., Buffalo, NY 14220 | 716-823-3630 | |
| **Chemung** | Arbor Housing and Development | 26 Bridge St., Corning, NY  14830 | 607-654-7487 | HOPP |

Case 1:18-cv-01291-LPS Document 35   Filed 11/05/18   Page 15 of 26

|  | Catholic Charities of Chemung | 215 East Church St., Suite 101, Elmira, NY 14901 | 607-734-9784 | HOPP |
|---|---|---|---|---|
| **Chenango** | Metro Interfaith Housing Management Corp. | 21 New St., Binghamton, NY 13903 | 607-772-2766 | HOPP |
| **Clinton** | Friends of the North Country | 1 Mill St., Keeseville, NY 12944 | 518-834-9606 | HOPP |
|  | Housing Assistance Program of Essex County (HAPEC) | 103 Hand Ave., Elizabethtown, NY 12932 | 518-873-6888 | HOPP |
| **Columbia** | Galvan Housing Resources | 252 Columbia St., Hudson, NY 12534 | 518-822-0707 | HOPP |
| **Cortland** | Home Headquarters, Inc. | 538 Erie Blvd West, Syracuse NY 13204 | 315-474-1939 | HOPP<br><br>Spanish speaking staff available |
|  | Cortland Housing Assistance Council, Inc. | 36 Taylor St. Cortland, NY 13045 | 607-753-8271 | |
| **Delaware** | Western Catskills Community Revitilization Council | 125 Main St., Suite A, Stamford, NY 12167 | 607-652-2823 | HOPP |
|  | RUPCO | 301 Fair St. Kingston, NY 12401 | 845-331-9860 | HOPP<br><br>Spanish speaking staff available |
|  | Delaware Opportunities, Inc. | 35430 State Hgwy. 10 Hamden, NY 13782 | 607-746-1650 | |
| **Dutchess** | Hudson River Housing | 291 Mill St Poughkeepsie, NY 12601 | 845-454-9288 | HOPP |
|  | Putnam County Housing Corp. | 11 Seminary Hill Rd., Carmel, NY 10512 | 845-225-8493 | HOPP<br><br>Serving Southern section of county |
| **Erie** | Belmont Housing Resources | 1195 Main St. Buffalo, NY 14209 | 716-884-7791 | HOPP |
|  | West Side NHS, Inc. | 359 Connecticut St., Buffalo, NY 14213 | Tuesdays and Wednesdays<br><br>at (716) 885-2344,<br><br>Thursdays and Fridays<br><br>at (716) 877-3910 | HOPP |
|  | Buffalo Urban | 15 Genesee Street | (716) 250- | HOPP |

| | | | | |
|---|---|---|---|---|
| | League | Buffalo, NY 14203 | 2400 | |
| | Chautauqua Opportunities, Inc. | 402 Chandler St., Jamestown, NY 14701 | 716-661-9430 | HOPP |
| | Consumer Credit Counseling Services of Buffalo, Inc. | 40 Gardenville Parkway, Suite 300, West Seneca, NY 14224 | 1-800-926-9685 or 716-712-2060 | HOPP |
| | Neighborhood Assistance Corp. of America | 135 Delaware Ave Ste 102 Buffalo, New York 14202-2410 | 716-834-6222 | |
| | Neighborhood Housing Services of South Buffalo | 1937 South Park Ave., Buffalo, NY 14220 | 716-823-3630 | |
| **Essex** | Friends of the North Country | 1 Mill St., Keeseville, NY 12944 | 518-834-9606 | HOPP |
| | Housing Assistance Program of Essex County (HAPEC) | 103 Hand Ave., Elizabethtown, NY 12932 | 518-873-6888 | HOPP |
| **Franklin** | Friends of the North Country | 1 Mill St., Keeseville, NY 12944 | 518-834-9606 | HOPP |
| | Housing Assistance Program of Essex County (HAPEC) | 103 Hand Ave., Elizabethtown, NY 12932 | 518-873-6888 | HOPP |
| | Franklin County Community Housing Council Inc. | 337 West Main St. Malone, NY 12953 | 518-483-5934 | HOPP |
| | Clearpoint, a division of Money Management International | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| **Fulton** | Better Neighborhoods, Inc. | 120 Emmons St., Schenectady, NY 12304 | 518-372-6469 | HOPP Spanish speaking staff available |
| | UNHS NeighborWorks Homeownership Center | 1611 Genesee Street, Utica, NY 13501 | 315-724-4197 | HOPP |
| **Genesee** | Consumer Credit Counseling Services of Rochester, Inc. | 1000 University Ave., Suite 900 Rochester, NY 14607 | 1-888-724-2227 | HOPP |
| | Belmont Housing Resources | 1195 Main St., Buffalo, NY 14209 | 716-884-7791 | HOPP |

| | Consumer Credit Counseling Services of Buffalo, Inc. | 40 Gardenville Parkway, Suite 300, West Seneca, NY 14224 | 1-800-926-9685<br><br>or<br><br>716-712-2060 | |
| **Greene** | Albany County Rural Housing Alliance | 24 Martin Road, Voorheesville, NY 12186 | 518-765-2425 | HOPP |
| | RUPCO | 301 Fair St. Kingston, NY 12401 | 845-331-9860 | HOPP<br><br>Spanish speaking staff available |
| | Western Catskills Community Revitilization Council | 125 Main St., Suite A, Stamford, NY 12167 | 607-652-2823 | HOPP |
| **Hamilton** | Housing Assistance Program of Essex County (HAPEC) | 103 Hand Ave., Elizabethtown, NY 12932 | 518-873-6888 | HOPP |
| **Herkimer** | UNHS NeighborWorks Homeownership Center | 1611 Genesee Street, Utica, NY 13501 | 315-724-4197 | HOPP |
| **Jefferson** | Home Headquarters, Inc. | 538 Erie Blvd West, Syracuse NY 13204 | 315-474-1939 | HOPP<br><br>Spanish speaking staff available |
| | Clearpoint, a division of Money Management International | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| **Kings** | Cypress Hills Local Dev. Corp. | Main Office: 625 Jamaica Avenue, Brooklyn, NY 11208<br>Housing Counseling Division: 3214 Fulton Street, Brooklyn, NY 11208 | 718-647-8100 | HOPP<br><br>Spanish and French speaking staff available |
| | IMPACCT Brooklyn | 1000 Dean St., Suite 420, Brooklyn, NY 11238 | 718-522-2613 | HOPP<br><br>Spanish speaking staff available |
| | Grow Brooklyn, Inc. | 1474 Myrtle Ave., Brooklyn, NY 11237 | 718-418-8232 | HOPP<br><br>Spanish speaking staff available |
| | Bridge Street Dev. Corp. | 460 Nostrand Ave., Brooklyn, NY 11216 | 718-636-7596 | HOPP<br><br>Spanish speaking staff available |
| | MHANY Management, Inc. | 1 Metro Tech Center North, 11th Floor, Brooklyn, NY 11201 | 718-246-8080 | HOPP<br><br>Spanish, Italian, Greek, and Haitian |

5/25/2018 New York State Non-Profit Housing Counseling Agencies Providing Services to Homeowners in Default and Foreclosure - Statewide Listi…

Case 1:18-cv-01291-LEK-DEP Document 1-5 Filed 11/05/18 Page 18 of 26

| | | | Creole speaking staff available |
|---|---|---|---|
| Neighbors Helping Neighbors (NHN) | 621 Degraw St., Brooklyn, NY 11217 | 718-237-2017 | HOPP<br><br>Japanese speaking staff available |
| Housing and Family Services of Greater New York, Inc. | 415 Albemarle Rd., Brooklyn, NY 11218 | 718-435-7585 | HOPP<br><br>Spanish, Russian, Cantonese, Mandarin, Patois, French Creole, and Haitian Creole speaking staff available. Translation Service available |
| Neighborhood Housing Services of Bedford-Stuyvesant CDC Inc.<br><br>(dba Brooklyn Neighborhood Services CDC, Inc.) | 1012 Gates Ave., 2nd Floor, Brooklyn, NY 11221 | 718-919-2100 | HOPP |
| CAMBA | 1720 Church Ave., 2nd Floor, Brooklyn, NY 11226 | 718-940-6311 | HOPP<br><br>Spanish, French, and Haitian Creole speaking staff available |
| Neighborhood Housing Services of Brooklyn | 2806 Church Ave., Brooklyn, NY 11226 | 718-469-4679 | HOPP<br><br>Spanish speaking staff available |
| Greater Sheepshead Bay Dev. Corp. | 2107 East 22nd St., Brooklyn, NY 11229 | 718-332-0582 | |
| Southern Brooklyn Community Organization | 4006 18th Ave., Brooklyn, NY 11218 | 718-435-1300 | |
| Brooklyn Neighborhood Improvement Association | 465 Sterling Place, Brooklyn, NY 11238 | 718-773-4116 | |
| Council of Jewish Organizations of Flatbush, Inc. | 1523 Avenue M, Brooklyn, NY 11230 | 718-377-2900 ext 7625 | Arabic, Russian and Spanish speaking staff available |
| GreenPath Debt Solutions | 175 Remsen St., Suite 1102, Brooklyn, NY 11201 | 866-285-4033 | |
| NY Commission of Human Rights- Brooklyn | 275 Livingston St., Brooklyn, NY 11217 | 718-722-3130 | Spanish speaking staff available |
| **Lewis** | Home | 538 Erie Blvd West, Syracuse NY 13204 | 315-474- | HOPP |

5/25/2018 New York State Non-Profit Housing Counseling Agencies, Providing Services to Homeowners Facing Default and Foreclosure - Statewide Listi…

Case 1:18-cv-01291-LGS-SLC Document 15 Filed 11/05/18 Page 19 of 26

| | | | |
|---|---|---|---|
| | Headquarters, Inc. | | 1939 |
| | Clearpoint, a division of Money Management International | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| **Livingston** | Consumer Credit Counseling Services of Rochester, Inc. | 1000 University Ave., Suite 900 Rochester, NY 14607 | 1-888-724-2227 | HOPP |
| | The Housing Council | 75 College Ave., 4th Floor, Rochester, NY 14607 | 585-546-3700 | HOPP |
| **Madison** | Home Headquarters, Inc. | 538 Erie Blvd West, Syracuse NY 13204 | 315-474-1939 | HOPP<br><br>Spanish speaking staff available |
| | UNHS NeighborWorks Homeownership Center | 1611 Genesee Street, Utica, NY 13501 | 315-724-4197 | HOPP |
| | Community Action Program for Madison County | 3 East Main St., Morrisville, NY 13408 | 315-684-3144 | ASL trained staff available |
| **Monroe** | Consumer Credit Counseling Services of Rochester, Inc. | 1000 University Ave., Suite 900 Rochester, NY 14607 | 1-888-724-2227 | HOPP |
| | Marketview Heights Association | 308 North Street, Rochester, NY 14605 | 585-423-1540 | HOPP |
| | The Housing Council | 75 College Ave., 4th Floor, Rochester, NY 14607 | 585-546-3700 | HOPP |
| | Urban League of Rochester | 265 North Clinton Ave., Rochester, NY | 585-325-6530 | |
| **Montgomery** | Better Neighborhoods, Inc. | 120 Emmons St., Schenectady, NY 12304 | 518-372-6469 | HOPP<br><br>Spanish speaking staff available |
| | UNHS NeighborWorks Homeownership Center | 1611 Genesee Street, Utica, NY 13501 | 315-724-4197 | HOPP |
| **Nassau** | American Debt Resources, Inc. | 248C Larkfield Road, East Northport, NY 11731 | 1-800-498-0766 | HOPP<br><br>Spanish speaking staff available |
| | Community Development Corporation of Long Island | 333 No Main St., Freeport, NY 11520 | 631-471-1215 x158 | HOPP<br><br>Spanish speaking staff available |
| | Central Islip Civic Council | 68 Wheeler Road Central Islip NY, 11722 | 631-348-0669 | HOPP |

5/25/2018 New York State Non-Profit Housing Counseling Agencies Providing Services Home, Mortgage, Default and Foreclosure - Statewide Listi...

Case 1:18-cv-02193-LEK-DEP Document 15 Filed 11/05/18 Page 20 of 26

| | Debt Counseling Corp. | 3033 Express Dr. N, Hauppauge, NY 11749 | 1-888-354-6332 ext. 316 | HOPP<br><br>Spanish speaking staff available |
|---|---|---|---|---|
| | Hispanic Brotherhood of Rockville Centre, Inc. | 59 Clinton Ave., Rockville Centre, NY 11570 | 516-766-6610 | HOPP<br><br>Spanish speaking staff available |
| | La Fuerza Unida, Inc. | 1 School St., Suite 302, Glen Cove, NY 11542 | 516-759-0788 | HOPP<br><br>Spanish speaking staff available |
| | LIFE, Inc. | 112 Spruce St., Cedarhurst, NY 11516 | 516-374-4564 ext.1038 | HOPP<br><br>Spanish speaking staff available |
| | Long Island Housing Partnership, Inc. | 180 Oser Ave., Hauppauge, NY 11788 | 631-435-4710 | HOPP<br><br>Spanish speaking staff available |
| | Long Island Housing Services, Inc. | 640 Johnson Ave., Suite 8, Bohemia, NY 11716 | 631-567-5111 x383 | HOPP<br><br>Spanish speaking staff available |
| | Safeguard Credit Counseling, Inc. | 67 Fort Salonga Rd. Northport, NY 11768 | 1-800-673-6993 | HOPP<br><br>Spanish speaking staff available |
| **New York** | MHANY Management, Inc. | 1 Metro Tech Center North 11th Floor, Brooklyn, NY  11201 | 718-246-8080 | HOPP<br><br>Spanish, Italian, Greek, and Haitian Creole speaking staff available |
| | Grow Brooklyn, Inc. | 1474 Myrtle Ave., Brooklyn, NY 11237 | 718-418-8232 | HOPP<br><br>Spanish speaking staff available |
| | AAFE Community Development Fund, Inc. | 111 Division St., New York, NY 10002 | 212-964-2288 | Chinese and Korean speaking staff available |
| | Abyssinian Development Corp. | 2283 Adam Clayton Powell Jr. Blvd, New York, NY 10030 | 646-442-6545 | |
| | Neighborhood Housing Services of NYC | Main office: 307 West 36th St., 12th floor, New York, NY 10018<br><br>Main foreclosure department: 2475 Westchester Avenue, Bronx, NY 10461 | 929-268-3790 | Spanish speaking staff available |
| | Harlem Congregations for Community Development | 256 W. 153rd Street. New York, NY 10039 | 212-281-4887 ext. 206 or 231 | Spanish speaking staff available |
| | West Harlem Group | 1652 Amsterdam Ave. New York, NY 10031 | 212-862-1399 | |

5/25/2018    New York State Non-Profit Housing Counseling Agencies Providing Services to Homeowners in Default and Foreclosure - Statewide Listi…

Case 1:18-cv-01291-LGS-SLC   Document 15   Filed 11/05/18   Page 21 of 26

| | | | | |
|---|---|---|---|---|
| | Assistance, Inc. | | | |
| | GreenPath Debt Solutions | 31 West 34th Street, Suite 7030 New York, NY 10001 | 866-285-4059 | |
| **Niagara** | Belmont Housing Resources | 1195 Main St., Buffalo, NY 14209 | 716-884-7791 | HOPP |
| | West Side NHS | 203 Military Rd., Buffalo, NY 14207 | Tuesdays and Wednesdays at (716) 885-2344, Thursdays and Fridays at (716) 877-3910 | HOPP |
| | Consumer Credit Counseling Services of Buffalo, Inc. | 40 Gardenville Parkway, Suite 300, West Seneca, NY 14224 | 1-800-926-9685 or 716-712-2060 | HOPP |
| | Neighborhood Housing Services of South Buffalo | 1937 South Park Ave., Buffalo, NY 14220 | 716-823-3630 | |
| **Oneida** | UNHS NeighborWorks Homeownership Center | 1611 Genesee Street, Utica, NY 13501 | 315-724-4197 | HOPP |
| | Clearpoint, a division of Money Market International | 5794 Widewaters Parkway, Syracuse, NY 13214 | 713.394.3232 | |
| | Cooperative Federal Credit Union | 101 Gertrude St., Syracuse, NY 13202 | 315-476-5290 | |
| **Onondaga** | Home Headquarters, Inc. | 538 Erie Blvd West, Syracuse NY 13204 | 315-474-1939 | HOPP Spanish speaking staff available |
| | Clearpoint Credit Counseling Solutions | 5794 Widewaters Parkway, Syracuse, NY 13214 | 1-800-750-2227 | |
| | Cooperative Federal Credit Union | 800 N. Salina St., Syracuse, NY 13208 | 315-476-5290 | |
| **Ontario** | Consumer Credit Counseling Services of Rochester, Inc. | 1000 University Ave., Suite 900 Rochester, NY 14607 | 1-888-724-2227 | HOPP |
| | Community Action in Self Help | 48 Water St., Lyons, NY 14489 | 315-946-6992 | HOPP |
| | Keuka Housing | 160 Main St. Penn Yan, NY 14527 | 315-536- | HOPP |

5/25/2018 New York State Non-Profit Housing Counseling Agencies Providing Services to Homeowners in Default and Foreclosure - Statewide Listi…

Case 1:18-cv-01291-LGS-SDA Document 15 Filed 11/05/18 Page 22 of 26

| | | | | |
|---|---|---|---|---|
| | Council | | 8707 | |
| **Orange** | Hudson River Housing | 291 Mill St Poughkeepsie, NY 12601 | 845-454-9288 | HOPP |
| | Orange County Rural Development Advisory Corp. | 2 S. Montgomery St., Walden, NY 12586 | 845-713-4568 | HOPP |
| **Orleans** | Belmont Housing Resources | 1195 Main St., Buffalo, NY 14209 | 716-884-7791 | HOPP |
| | Consumer Credit Counseling Services of Buffalo, Inc. | 40 Gardenville Parkway, Suite 300, West Seneca, NY 14224 | 1-800-926-9685 or 716-712-2060 | HOPP |
| | Consumer Credit Counseling Service of Rochester, Inc. | 1000 University Ave., Suite 900 Rochester, NY 14607 | 1-888-724-2227 | HOPP |
| **Oswego** | Fulton Community Development Agency | 125 West Broadway, Fulton, NY 13069 | 315-593-7166 | HOPP |
| | Clearpoint, a division of Money Market International | 5794 Widewaters Parkway,   Syracuse, NY 13214 | 713.394.3232 | |
| **Otsego** | UNHS NeighborWorks Homeownership Center | 1611 Genesee Street, Utica, NY 13501 | 315-724-4197 | HOPP |
| **Putnam** | Housing Action Council | 55 South Broadway, Tarrytown, NY 10591 | 914-332-4144 | HOPP |
| | Putnam County Housing Corp. | 11 Seminary Hill Rd., Carmel, NY 10512 | 845-225-8493 | HOPP |
| **Queens** | Neighborhood Housing Services of Queens, CDC, Inc. | 60-20 Woodside Ave., 2nd Floor,  Flushing, NY 11377 | 718-457-1017 | HOPP Spanish speaking staff available. Translation Service available. |
| | Neighborhood Housing Services-Jamaica | 89-70 162nd St., Jamaica, NY 11432 | 929-268-3790 | HOPP Spanish speaking staff available |
| | MHANY Management, Inc. | 1 Metro Tech Center North 11th Floor, Brooklyn, NY  11201 | 718-246-8080 | HOPP Spanish, Italian, Greek, and Haitian Creole speaking staff available |
| | Housing and Family Services of Greater New York, Inc. | 415 Albemarle Rd., Brooklyn, NY 11218 | 718-435-7585 | HOPP Spanish, Russian, Cantonese, Mandarin, Patois, Haitian Creole, and |

5/25/2018 New York State Non-Profit Housing Counseling Agencies Providing Services from 10/05/18 Department of Financial Services - Statewide Listi…

Case 1:18-cv-01091-LEK-DEP Document 15 Filed 11/05/18 Page 23 of 26

| | | | | French Creole speaking staff available. Translation Service available. |
|---|---|---|---|---|
| | NY Commission of Human Rights- Queens | 153-01 Jamaica Ave. Jamaica, NY 11432 | 718-657-2465 | Spanish speaking staff available |
| | Margert Community Corporation | 325 Beach 37th Street Far Rockaway, NY 11691 | 718-471-3724 | Spanish speaking staff available |
| | Queens Community House | 108-25 62nd Drive, Forest Hills, NY 11375 | 718-592-5757 | |
| **Rensselaer** | Troy Rehabilitation and Improvement Program (TRIP) | 415 River St., Troy, NY 12180 | 518-690-0020 | HOPP |
| | United Tenants of Albany | 33 Clinton Ave., Albany, NY 12207 | 518-436-8997 | HOPP<br><br>For tenants whose buildings are in process of being foreclosed or whose building has been foreclosed |
| | Albany County Rural Housing Alliance | 24 Martin Road, Voorheesville, NY 12186 | 518-765-2425 | HOPP |
| | Affordable Housing Partnership | 255 Orange St., Albany, NY 12210 | 518-434-1730 | HOPP |
| **Richmond** | Northfield Community Local Dev. Corp. of Staten Island | 160 Heberton Ave. Staten Island, NY 10302 | 718-442-7351 | HOPP<br><br>Russian speaking staff available |
| | MHANY Management, Inc. | 1 Metro Tech Center North 11th Floor, Brooklyn, NY 11201 | 718-246-8080 | HOPP<br><br>Spanish, Italian, Greek, and Haitian Creole speaking staff available |
| | Neighborhood Housing Services, Staten Island | 770 Castleton Ave., Staten Island, NY 10310 | 718-442-8080 | Spanish speaking staff available |
| | NYC Commission on Human Rights- Staten Island | 60 Bay St. 7th Floor, Staten Island, NY 10301 | 718-390-8506 | Spanish speaking staff available |
| **Rockland** | Housing Action Council | 55 South Broadway, Tarrytown, NY 10591 | 914-332-4144 | HOPP |
| | Rockland Housing Action Coalition | 120-126 North Main St., Annex-First Floor, New City, NY 10956 | 845-708-5799 | HOPP<br><br>Spanish, Creole, Hebrew, and ASL speaking staff available |

| | | | | |
|---|---|---|---|---|
| **Saratoga** | Albany County Rural Housing Alliance | 24 Martin Road, Voorheesville, NY 12186 | 518-765-2425 | HOPP |
| | Affordable Housing Partnership | 255 Orange St., Albany, NY 12210 | 518-434-1730 | HOPP |
| | Troy Rehabilitation and Improvement Program (TRIP) | 415 River St., Troy, NY 12180 | 518-690-0020 | HOPP<br><br>Serving residents of Southern Saratoga County |
| | Better Neighborhoods, Inc. | 120 Emmons St., Schenectady, NY 12304 | 518-372-6469 | HOPP<br><br>Spanish speaking staff available |
| **Schenectady** | Better Neighborhoods, Inc. | 120 Emmons St., Schenectady, NY 12304 | 518-372-6469 | HOPP<br><br>Spanish speaking staff available |
| | Affordable Housing Partnership | 255 Orange St., Albany, NY 12210 | 518-434-1730 | HOPP |
| | Albany County Rural Housing Alliance | 24 Martin Road, Voorheesville, NY 12186 | 518-765-2425 | HOPP |
| | Schenectady Community Action Program (SCAP) | 913 Albany St., Schenectady, NY 12307 | 518-374-9181 | For tenants whose buildings are in process of being foreclosed or whose building has been foreclosed |
| **Schoharie** | Albany County Rural Housing Alliance | 24 Martin Road, Voorheesville, NY 12186 | 518-765-2425 | HOPP |
| | Better Neighborhoods, Inc. | 120 Emmons St., Schenectady, NY 12304 | 518-372-6469 | HOPP<br><br>Spanish speaking staff available |
| | Western Catskills Community Revitilization Council | 125 Main St., Suite A, Stamford, NY 12167 | 607-652-2823 | HOPP |
| **Schuyler** | Arbor Housing and Development | 26 Bridge St., Corning, NY 14830 | 607-654-7487 | HOPP |
| | Catholic Charities of Chemung | 215 East Church St., Suite 101, Elmira, NY 14901 | 607-734-9784 | HOPP |
| **Seneca** | Community Action in Self Help | 48 Water St., Lyons, NY 14489 | 315-946-6992 | HOPP |
| **St. Lawrence** | Housing Assistance Program of | 103 Hand Ave., Elizabethtown, NY 12932 | 518-873-6888 | HOPP |

5/25/2018    New York State Non-Profit Housing Counseling Agencies Providing Services in Home... by HUD Defined Term: Regions - Statewide Listi...

Case 1:18-cv-01291-LGS-SDA Document 15 Filed 11/05/18 Page 25 of 26

|  |  |  |  |  |
|---|---|---|---|---|
|  | Essex County (HAPEC) |  |  |  |
|  | North Country Housing Council | 19 Main St., Canton, NY 13617 | 315-386-8576 |  |
|  | Clearpoint, a division of Money Management International | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 |  |
| **Steuben** | Arbor Housing and Development | 26 Bridge St., Corning, NY 14830 | 607-654-7487 | HOPP |
|  | Accord | 84 Schuyler St., Belmont, NY 14813 | 585-268-7605 | HOPP |
|  | Catholic Charities of Chemung | 215 East Church St., Suite 101, Elmira, NY 14901 | 607-734-9784 | HOPP |
| **Suffolk** | American Debt Resources, Inc. | 248C Larkfield Road, East Northport, NY 11731 | 1-800-498-0766 | HOPP<br><br>Spanish speaking staff available |
|  | Central Islip Civic Council | 68 Wheeler Rd. Central Islip, NY 11722 | 631-348-0669 | HOPP<br><br>Spanish speaking staff available |
|  | Community Development Corporation of Long Island | 2100 Middle Country Rd., Suite 300, Centereach NY 11720 | 631-471-1215 ext. 158 | HOPP<br><br>Spanish speaking staff available |
|  | Debt Counseling Corp. | 3033 Express Dr. N, Hauppauge, NY 11749 | 1-888-354-6332 ext. 316 | HOPP<br><br>Spanish speaking staff available |
|  | Economic Opportunity Council of Suffolk, Inc. | 320 Carleton Avenue Suite 7800 Central Islip NY 11722 | 631-647-3762 x 1204 or 1205 | HOPP<br><br>Spanish speaking staff available |
|  | Housing Help, Inc. | 91-101 Broadway Greenlawn, NY 11740 | 631 754 0373 | HOPP<br><br>Spanish speaking staff available |
|  | La Fuerza Unida, Inc. | 1 School St., Suite 302, Glen Cove, NY 11542 | 516-759-0788 | HOPP<br><br>Spanish speaking staff available |
|  | Long Island Housing Partnership, Inc. | 180 Oser Ave., Hauppauge, NY 11788 | 631-435-4710 | HOPP<br><br>Spanish speaking staff available |
|  | Long Island Housing Services, Inc. | 640 Johnson Ave., Suite 8, Bohemia, NY 11716 | 631-567-5111 x383 | HOPP<br><br>Spanish speaking staff available |
|  | Safeguard Credit Counseling, Inc. | 67 Fort Salonga Road Northport NY 11768 | 1-800-673-6993 | HOPP |

5/25/2018 New York State Non-Profit Housing Counseling Agencies Providing Services - Home Ownership Department Foreclosure - Statewide Listi…

Case 1:18-cv-01291-LEK-DEH Document 1-5 Filed 11/05/18 Page 26 of 26

| | | | | Spanish speaking staff available |
|---|---|---|---|---|
| | North Fork Housing Alliance | 116 South St., Greenport, NY 11944 | 631-477-1070 | |
| | Bellport, Hagerman, East Patchogue Alliance, Inc. | 1492 Montauk Highway, Bellport, NY 11713 | 631-286-9236 | |
| | Wyandanch Community Development | 59 Cumberbach St. Wyandanch, NY 11798 | 631-253-0139 OR 631-643-4786 | Only serves part of Western Suffolk |
| **Sullivan** | RUPCO | 301 Fair St. Kingston, NY 12401 | 845-331-9860 | HOPP Spanish speaking staff available |
| | Rural Sullivan Housing Corp. | 33 Lakewood Ave., Monticello, NY 12701 | 845-794-0348 | |
| **Tioga** | Catholic Charities of Chemung | 215 East Church St., Suite 101, Elmira, NY 14901 | 607-734-9784 | HOPP |
| | Metro Interfaith Housing Management Corp. | 21 New St., Binghamton, NY 13903 | 607-772-6766 | HOPP |
| | Clearpoint, a division of Money Management International | The Metro Center, 49 Court St., Binghamton, NY 13901 | 713.394.3232 | |
| **Tompkins** | Catholic Charities of Chemung | 215 East Church St., Suite 101, Elmira, NY 14901 | 607-734-9784 | HOPP |
| | Clearpoint, a division of Money Management International | The Metro Center, 49 Court St., Binghamton, NY 13901 | 713.394.3232 | |
| **Ulster** | Orange County Rural Development Advisory Corp. | 2 S. Montgomery St., Walden, NY 12586 | 845-713-4568 | HOPP |
| | RUPCO | 301 Fair St. Kingston, NY 12401 | 845-331-9860 | HOPP Spanish speaking staff available |
| **Warren** | Housing Assistance Program of Essex County (HAPEC) | 103 Hand Ave., Elizabethtown, NY 12932 | 518-873-6888 | HOPP |
| | Albany County Rural Housing Alliance | 24 Martin Road, Voorheesville, NY 12186 | 518-765-2425 | HOPP |

Case 1:18-cv-01209-LEK-DJS   Document 1-5   Filed 11/05/18   Page 27 of 28

| County | Agency | Address | Phone | Notes |
|--------|--------|---------|-------|-------|
| Washington | Housing Assistance Program of Essex County (HAPEC) | 103 Hand Ave., Elizabethtown, NY 12932 | 518-873-6888 | HOPP |
| | Albany County Rural Housing Alliance | 24 Martin Road, Voorheesville, NY  12186 | 518-765-2425 | HOPP |
| Wayne | Community Action in Self Help | 48 Water St., Lyons, NY 14489 | 315-946-6992 | HOPP |
| | Consumer Credit Counseling Service of Rochester, Inc. | 50 Chestnut Plaza, Rochester, NY 14604 | 1-888-724-2227 | HOPP |
| Westchester | Community Housing Innovations, Inc. | 75 South Broadway, Ste 340 White Plains, NY 10601 | 914-683-1010 | HOPP |
| | Housing Action Council | 55 South Broadway, Tarrytown, NY 10591 | 914-332-4144 | HOPP |
| | Human Development Services of Westchester, Inc. | 28 Adee St.  Port Chester, NY 10573 | 914-939-2005 | HOPP Spanish speaking counselors available |
| | Westchester Residential Opportunities | 470 Mamaroneck Ave., Suite 410 White Plains, NY 10605 | 914-428-4507 OR 877-WRO-4YOU | HOPP Spanish and French speaking staff available |
| | Putnam County Housing Corp. | 11 Seminary Hill Rd., Carmel, NY 10512 | 845-225-8493 | HOPP Serving Northern section of county |
| | Greenpath | One Barker Ave., Suite 420 White Plains, NY 10601 | 888-366-9140 | |
| Wyoming | Belmont Housing Resources | 1195 Main St. Buffalo, NY 14209 | 716-884-7791 | HOPP |
| | Consumer Credit Counseling Services of Rochester, Inc. | 1000 University Ave., Suite 900 Rochester, NY 14607 | 1-888-724-2227 | HOPP |
| | ACCORD | 84 Schuyler St., Belmont, NY  14813 | 585-268-7605 | HOPP |
| | Consumer Credit Counseling Services of Buffalo, Inc. | 40 Gardenville Parkway, Suite 300, West Seneca, NY 14224 | 1-800-926-9685 or 716-712-2060 | HOPP |
| Yates | Keuka Housing Council | 160 Main St. Penn Yan, NY 14527 | 315-536-8707 | HOPP |

### Department of Financial Services

| Consumer Quicklinks | Industry Quicklinks | Website | Language Assistance |
|---|---|---|---|
| File a Complaint | Check Insurance License Status | Accessibility | Español (Spanish) |
| Obtain a Lien Release on a Car | Serve Process | Disclaimer | 中文 (Chinese) |
| File a FOIL Request | File a 90-Day Foreclosure Notice | Privacy Policy | Русский (Russian) |
| Learn about Tenant's Rights | | Site Map | Italiano (Italian) |
| File an External Appeal | Get Approval for a Title | PDF Reader | Kreyòl ayisyen (Haitian-Creole) |
| Report Fraud | Report Fraud | | 한국어 (Korean) |
| DMV Insurance Codes | Independent Adjusters | | Polski (Polish) |

CONNECT WITH US

**DFS Secure Portal**





REGISTER TO VOTE

**Sign up online or download and mail in your application.**     REGISTER NOW

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America, Acting Through the Rural Housing Service or Successor Agency, United States Department of Agriculture

**DEFENDANTS**

Jason R. Dillenback, Community Bank, N.A., "John Doe #1-5" and "Jane Doe 1-5"

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

John Manfredi, Manfredi Law Group, PLLC 302 E. 19th Street, Suite 2A, NY , NY 10003  347 614 7006

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
        Plaintiff

☐ 3  Federal Question
        *(U.S. Government Not a Party)*

☐ 2  U.S. Government
        Defendant

☐ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       Another District
       *(specify)*

☐ 6  Multidistrict
       Litigation -
       Transfer

☐ 8  Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S.C. Section 1345

Brief description of cause:
foreclose on real property mortgage

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
177,528.27

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
11/05/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ John Manfredi

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT   Waived   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

1:18-cv-1291 [LEK/DEP]

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.